## IN THE COURT OF COMMON PLEAS
## SUMMIT COUNTY, OHIO

| | |
|---|---|
| NSK INDUSTRIES, INC.<br>150 Ascot Parkway<br>P.O. Box 1089<br>Cuyahoga Falls, Ohio 44223 | CASE NO.<br><br>JUDGE |
| Plaintiff, | |
| vs. | |
| TEKMART INTEGRATED<br>MANUFACTURING SERVICES<br>LIMITED<br>c/o Incorporating Services, Ltd., Registered<br>Agent<br>3500 S. Dupont Highway<br>Dover, Delaware  19901 | **COMPLAINT FOR BREACH OF<br>CONTRACT, LIABILITY ON<br>ACCOUNT, AND ACTION FOR PRICE<br>AND, ALTERNATIVELY, FOR UNJUST<br>ENRICHMENT, QUANTUM MERUIT<br>AND SPECIFIC PERFORMANCE** |
| <u>Also serve:</u><br><br>TEKMART INTEGRATED<br>MANUFACTURING SERVICES<br>LIMITED<br>12220 Rojas Drive, Suite 500<br>El Paso, Texas  79936 | **(Jury Demand Endorsed Hereon)** |
| Defendant. | |

COMES NOW the Plaintiff, NSK Industries, Inc. ("NSK" or "Plaintiff"), by and through

its undersigned counsel, and for its Complaint against Tekmart Integrated Manufacturing

Services Limited states as follows:

## PARTIES

1.      Plaintiff NSK is an Ohio corporation with its principal place of business in

Cuyahoga Falls, Ohio, and is in the business of distributing and semi-manufacturing fasteners

and other related component parts.

2.     Upon information and belief, Defendant Tekmart Integrated Manufacturing Services ("TIMS") is a corporation organized under the laws of the State of Delaware that is engaged in the business of, among other things, the manufacture, assembly and sub-assembly of goods for the automotive industry. TIMS has designated Incorporating Services, Ltd. as its registered agent for service of process as set forth in the caption. Upon information and belief, TIMS maintained a regular place of business in El Paso, Texas, during the times relevant herein.

## VENUE AND JURISDICTION

3.     Venue of this action is proper in this Court pursuant to Civ.R. 3(C)(5), (6), and/or (12). Venue is proper pursuant to Civ.R. 3(C)(5) because NSK is currently storing tangible personal property that is the subject matter of this action at its principal place of business in Summit County, Ohio. Venue is proper pursuant to Civ.R. 3(C)(6) because the failed payments giving rise to NSK's claims came due and payable at NSK's principal place of business in Summit County, Ohio. To the extent the forgoing venue provisions are unavailing, venue is proper pursuant to Civ.R. 3(C)(12) because NSK maintains its principal place of business in Summit County, Ohio from which it regularly and systematically conducts business.

4.     This Court possesses subject matter jurisdiction over this dispute pursuant to R.C. § 2305.01.

5.     This Court possesses personal jurisdiction over TIMS pursuant to TIMS's agreement to submit to the jurisdiction of this Court as set forth in NSK's Standard Terms and Conditions of Sale that govern the subject transactions, a copy of which is included at Exhibit A hereto, and pursuant to R.C. § 2307.382(A)(1) and/or (2).

2

## **FACTUAL BACKGROUND**

6.      On or about April 30, 2019, and upon TIMS's request, NSK provided TIMS with a quotation for the sale of goods that included NSK's Standard Terms and Conditions of Sale ("Standard Terms").  A true and accurate copy of the quotation and NSK's Standard Terms is attached hereto at **Exhibit A** and is in the possession of TIMS.

7.      Commencing in January 2022, and pursuant to the forgoing quotation and Standard Terms, TIMS and NSK entered into an agreement in the form of a series of purchase orders, which incorporated NSK's Standard Terms, order confirmations, and invoices (the "Agreement").

8.      As stated in the Standard Terms, most of the products offered by NSK were obtained from several other supply sources.  (*See* Exhibit A, Standard Terms & Conditions of Sale, ¶ 6).  Indeed, many of the fasteners and component parts ordered by TIMS pursuant to the Agreement were specialty and unique goods ordered by NSK from various supply sources to meet the special requirement needs of TIMS.

9.      Commencing in June 2022, and pursuant to TIMS's purchase orders and NSK's receipt of ordered goods, NSK shipped certain specialty goods, namely fasteners and other component parts related to the manufacturing of TIMS' automotive components worth a total of $136,536.97 to TIMS's warehouse in El Paso, Texas on account (the "Delivered Goods").

10.      Despite having timely received NSK's invoices requiring payment within sixty (60) days of the delivery date, TIMS has failed and refused to pay any of the NSK invoices totaling $136,536.97 for the Delivered Goods.  A true and accurate copy of the Aged Trial Balance, supporting invoices and purchase orders are attached hereto at **Exhibit B**.

11.      According to the Standard Terms, if TIMS failed to make full and timely

payment of each delivery, NSK was permitted to invoke an interest-bearing provision, whereby interest would be charged from the due date at the rate of 1/20 of 1% per day until paid ("Finance Charges").  (*See* Exhibit A, Standard Terms & Conditions of Sale, ¶ 2).

12.    Accordingly, the Aged Trial Balance includes an invoice for Finance Charges totaling $1,294.62 as of September 19, 2022, resulting in a total amount of $137,831.59 being due upon the Delivered Goods invoices.  (*See* Exhibit B).

13.    NSK has obtained additional goods pursuant to the Agreement and TIMS's purchase orders that NSK has withheld solely as the result of TIMS's breaches of the Agreement and failure to provide adequate assurances of due performance.  TIMS remains delinquent in paying for the Delivered Goods, for which $137,831.59 was due and owing as of September 19, 2022.

14.    As set forth on the NSK invoice and supporting TIMS purchase orders attached hereto at **Exhibit C**, NSK is presently storing additional specialty goods worth $391,424.83 (the "Undelivered Goods").

15.    Throughout the life of the Agreement, TIMS has breached its obligations to NSK by failing to properly pay for delivery of the Delivered Goods within the sixty (60) days allotted by the invoices.

16.    On October 6, 2022, NSK's undersigned counsel sent a letter to TIMS notifying TIMS that it was in breach, and continued to be in breach, of its obligations pursuant to the Agreement.  The letter notified TIMS that it had one (1) week to fully comply with all outstanding and delinquent balances.  The letter was delivered to TIMS on October 7, 2022 via Federal Express.  A true and accurate copy of said letter is attached hereto as **Exhibit D** and is in the possession of TIMS.

17.     Having received no response from TIMS, and given NSK's continued performance under the Agreement, NSK's undersigned counsel sent another letter to TIMS on October 18, 2022 demanding adequate assurances from TIMS of due performance pursuant to R.C. § 1302.67 and UCC 2-609.  The letter notified TIMS that it had until 5:00 p.m. on October 25, 2022 to contact NSK or NSK's counsel to provide adequate assurances.  This letter was delivered to TIMS on October 19, 2021 at 11:21 a.m.  A true and accurate copy of said letter is attached hereto as **Exhibit E** and is in the possession of TIMS.

18.     On October 21, 2022, a TIMS representative contacted NSK's undersigned counsel to request additional time so that TIMS' counsel could prepare a response to NSK.  NSK agreed to that request.

19.     On November 11, 2022, TIMS's counsel and NSK's undersigned counsel spoke, during which discussion TIMS confirmed receipt of NSK's two notices and requested additional time to review the matter and respond to NSK.  NSK agreed to that request.

20.     On November 16, 2022, TIMS's counsel sent NSK's undersigned counsel a letter advising that TIMS was continuing to investigate how TIMS can resume its relationship with NSK, and further advising, "[TIMS] expect[s] to provide a fulsome update in the coming weeks."  A true and accurate copy of the TIMS letter is attached hereto at **Exhibit F**.

21.     As the result of TIMS's failure to provide adequate assurances that it will perform its obligations under the Agreement, NSK has exercised, in its commercial judgment, its right to suspend its performance and withhold all future delivery of goods under the Agreement.

22.     As of September 19, 2022, TIMS's outstanding and delinquent balance for the Delivered Goods totals $137,831.59, inclusive of Finance Charges through said date.  (*See* Exhibit B).

23.     As of September 19, 2022, TIMS's outstanding balance for the Undelivered Goods that NSK has already ordered and/or committed to ordering from various supply sources to fulfill its obligations under the Agreement, and of which many (comprising approximately seventy (70) pallets) are stored at NSK's facility in Cuyahoga Falls, Ohio, totals $391,424.83. (*See* Exhibit C).

24.     In regards to the Undelivered Goods, NSK informed TIMS in the October 6, 2022 letter that it is willing to deliver said goods to TIMS, provided that TIMS pays for the Undelivered Goods in cash prior to delivery. The Agreement provides NSK the ability to revise the payment terms should TIMS's credit worthiness come into question, which is undoubtedly the case in the present matter given TIMS's history of performance. (*See* Exhibit A, Standard Terms & Conditions of Sale, ¶ 2) (*See* Exhibit D).

25.     As a result of the Finance Charge provision in the Agreement, the interest charged on the outstanding balance for the unpaid Delivered Goods will increase each day that this litigation goes forward, and each day that TIMS remains in default of its obligations. The figures stated in this Complaint, therefore, represent the interest as of September 19, 2022 only.

26.     The total amount owed by TIMS under the Agreement is $530,551.04, together with Finance Charges that have accrued and will continue to accrue as and from September 20, 2022 upon the balance due for the Delivered Goods.

## COUNT I
### (BREACH OF CONTRACT)

27.     NSK incorporates paragraphs 1 through 26 above as if fully rewritten herein.

28.     NSK and TIMS entered into the written Agreement whereby NSK agreed to deliver specialty goods, namely fasteners and other component parts, to TIMS in exchange for timely and full payment within sixty (60) days of each delivery date.

6

29.    In exchange for TIMS's promises to pay, NSK not only secured and delivered these specialty goods to TIMS, but also ordered, or committed to ordering from other supply sources, other and additional specialty goods required by TIMS under the Agreement. By ordering or committing to order these goods, NSK has been forced to store, at its own cost and expense, many of these tangible goods in its facility in Cuyahoga Falls, Ohio for purposes of performing its obligations under the Agreement.

30.    To date, NSK has performed all of its obligations under the Agreement.

31.    TIMS has breached the Agreement, and remains in breach of the Agreement, by failing and refusing to pay for: (1) the Delivered Goods; and (2) the Undelivered Goods that NSK has ordered or committed to ordering, many of which are stored in NSK's facility in Cuyahoga Falls, Ohio.

32.    TIMS's breaches of the Agreement has caused damages to NSK in the sum of $527,961.80, together with Finance Charges that have accrued and will continue to accrue as and from September 20, 2022 upon the balance due for the Delivered Goods, plus storage fees to be determined at a later date and the costs and expenses, including reasonable attorneys' fees, that NSK incurs in this matter.

## COUNT II
### (UNJUST ENRICHMENT)

33.    NSK incorporates paragraphs 1 through 32 above as if fully rewritten herein.

34.    NSK benefited TIMS by delivering goods under the Agreement, the principal value of which is $136,536.97. (*See* Exhibit B).

35.    TIMS had knowledge of this benefit and committed to the payment of these goods pursuant to the Agreement. TIMS has further retained this benefit by accepting delivery and remaining in possession of the Delivered Goods.

7

36.     By failing and refusing to provide payment to NSK, TIMS has been unjustly enriched at NSK's expense in the amount of $137,831.59, plus Finance Charges applicable as and from September 20, 2022.

## COUNT III
### (LIABILITY ON ACCOUNT)

37.     NSK incorporates paragraphs 1 through 36 above as if fully rewritten herein.

38.     NSK provided goods to TIMS on account, properly payable by TIMS within sixty (60) days of delivery of the goods.  Copies of the invoices representing the unpaid Delivered Goods that NSK has shipped to TIMS pursuant to the Agreement is attached hereto at Exhibit B.

39.     NSK provided said invoices to TIMS, but TIMS has failed to provide payment to NSK for the Delivered Goods and which remain in TIMS's possession.

40.     NSK has been damaged by TIMS's failure to pay for the Delivered Goods in the amount of $137,831.59, plus Finance Charges applicable as and from September 20, 2022.

## COUNT IV
### (QUANTUM MERUIT)

41.     NSK incorporates paragraphs 1 through 40 above as if fully rewritten herein and alternatively pleads as follows:

42.     NSK believes that the Agreement entered into by and between NSK and TIMS is valid and fully enforceable under Ohio law.  Should this Court determine that the Agreement is not valid or fully enforceable, NSK pursues recovery based on the reasonable value of its performance rendered.

43.     NSK reasonably expected and continues to expect to be compensated for the reasonable value of its performance rendered under the Agreement, and it would be unconscionable for TIMS to retain the benefit of NSK's performance without restitution.

8

44.    TIMS accepted delivery of the specialty Delivered Goods and was aware of NSK's expectation to be compensated the reasonable value of its performance under the Agreement.

45.    TIMS was also aware of NSK's expectation to be compensated the reasonable value of its performance in ordering or committing to order specialty goods from various supply sources for purposes of performing its obligations under the Agreement.

46.    As a direct and proximate result of TIMS's acceptance of the specialty Delivered Goods without payment and of TIMS's entering into the Agreement, thereby requiring NSK to order or commit to ordering specialty goods from various supply sources, NSK has incurred damage in the amount of $527,961.80, together with Finance Charges that have accrued and will continue to accrue as and from September 20, 2022 upon the balance due for the Delivered Goods, plus storage fees to be determined at a later date.

## COUNT V
### (SPECIFIC PERFORMANCE OF CONTRACT)

47.    NSK incorporates paragraphs 1 through 46 above as if fully rewritten herein and alternatively pleads as follows:

48.    NSK and TIMS entered into the valid Agreement for the delivery of specialty and unique goods by NSK, with prompt and full payment in return from TIMS.

49.    After entering into the Agreement, and after NSK commenced its performance, TIMS: (1) failed to pay for the Delivered Goods; and (2) demonstrated an unwillingness and/or inability to continue its performance under the Agreement, thereby creating reasonable doubt as to whether TIMS will properly pay for the unique Undelivered Goods that NSK has already ordered and/or committed to ordering.

9

50.     NSK stands ready, willing, and able to fully perform its obligations under the Agreement, but TIMS has failed to take the steps necessary to effectuate its full performance and/or provide NSK with adequate assurances of due performance under the Agreement.

51.     NSK has suffered monetary damages due to TIMS's failure to perform its obligations under the Agreement, and has incurred additional costs including, attorneys' fees.

52.     NSK has no adequate remedy at law, and requires specific performance of the Agreement, because of the specialty and unique nature of the goods.

**COUNT VI**
**(ACTION FOR PRICE PER O.R.C. § 1302.83 (UCC 2-709))**

53.     NSK incorporates paragraphs 1 through 52 above as if fully rewritten herein and alternatively pleads as follows:

54.     NSK is a "seller" and TIMS is a "buyer" as said terms are defined in R.C. § 1302.82, *et seq*.

55.     TIMS accepted delivery of the Delivered Goods and agreed to pay the invoices therefor pursuant to the parties' Agreement.

56.     In furtherance of its performance under the Agreement, NSK was obligated to, and did, order or commit to order specialty goods (the Undelivered Goods) from various supply sources.

57.     TIMS has failed and/or refused to pay NSK the price for the Delivered Goods as set forth in the applicable invoices as they have come due, has failed to pay NSK for the Undelivered Goods, and is attempting to revoke its acceptance of the Delivered Goods and/or has otherwise repudiated the Agreement and subject invoices.

58.     Due to the special and unique nature of the Delivered Goods and Undelivered Goods in NSK's possession, it is reasonable to conclude that the subject goods cannot be re-sold at a reasonable price.

59.     As a direct and proximate result of TIMS's actions and inactions, NSK has been damaged and is entitled to recover the price of the Delivered Goods and Undelivered Goods, which totals $527,961.80, together with any other available damages, pursuant to R.C. §§ 1302.82, 1302.83, and 1302.84.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff NSK Industries, Inc. prays as follows:

A.     For a judgment for damages against Defendant Tekmart Integrated Manufacturing Services Limited in excess of Twenty-Five Thousand Dollars ($25,000.00), including the costs of this action and reasonable attorneys' fees;

B.     Alternatively, for an Order requiring Defendant Tekmart Integrated Manufacturing Services Limited to specifically perform the Agreement; and

C.     For such other relief as this Court may deem just and equitable.

Respectfully submitted,

/s/ *John J. Rutter*
E. Mark Young (0074275)
Roetzel & Andress, LPA
1375 E. Ninth Street
One Cleveland Center, 10th Floor
Cleveland, Ohio 44114
Telephone: (216) 623-0150
Facsimile:  (216) 623-0134
Email: emyoung@ralaw.com

And

11

John J. Rutter (0079186)
Roetzel & Andress, LPA
222 South Main Street
Akron, Ohio 44308
Telephone: (330) 849-6713
Facsimile:  (330) 376-4577
Email:  jrutter@ralaw.com

*Counsel for Plaintiff*
*NSK Industries, Inc.*

*Sandra Kurt, Summit County Clerk of Courts*

## JURY DEMAND

    Plaintiff NSK Industries, Inc. hereby demands a trial by the maximum number of jurors allowed by law on all issues so triable.

*/s/  John J. Rutter*
John J. Rutter

19120783 _1

13

# 1a01





**QUOTATION**

NSK Industries, Inc.   (330) 923-4112

150 Ascot Parkway

P.O. Box 1089

Cuyahoga Falls, OH 44223

USA

330-923-4112

| Order Number | |
|---|---|
| 1277949 | |
| Order Date | Page |
| 4/30/2019 | 1 of 3 |

**Bill To:**

Tekmart Integrated Manufacturing Services Limited

P.O. Box 17962

El Paso, TX 79917

MEXICO

52 (656) 649-4515

Attn: Ron Myers

**Customer ID:**   110502

**Ship To:**

TIMS/KFS

12220 Rojas Drive

Suite 500

El Paso , TX 79936

Requested By: Mr. Salvador Moriel

**Ship Via:** Fedex (Ground Small Parcel)

| PO Number | Terms | Freight Code | Taker |
|---|---|---|---|
| 4/30/19 | NET 60 | COLLECT | FISKJ |

| Quantities | | | | | Item ID / Item Description | Pricing UOM / Unit Size | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Allocated | Remaining | UOM Unit Size | Disp. | | | | |

**Delivery Instructions:** Ship Fedex Ground Acct# 693905982 No Limits

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9,000.00 | 0.00 | 9,000.00 EA | | | 10N62SMSS | EA | 0.024100 | 216.90 |
| | | | 1.0 | | #10 x 5/8 Phil Pan SMS "A" 18-8 SST | 1.0 | | |

**Required Date:** 4/30/2019                                                                                  **Order Line Number:**   1

**Customer Part Number:** 600343584

| 17,000.00 | 0.00 | 17,000.00 EA | | | 6N62HIL4 | EA | 0.016900 | 287.30 |
|---|---|---|---|---|---|---|---|---|
| | | | 1.0 | | #6 x 5/8 Phil Pan HI-LO Sc 410 SST | 1.0 | | |

**Required Date:** 4/30/2019                                                                                  **Order Line Number:**   2

**Customer Part Number:** 600346171

| 13,000.00 | 0.00 | 13,000.00 EA | | | 600346214-TYPE B | EA | 0.011000 | 143.00 |
|---|---|---|---|---|---|---|---|---|
| | | | 1.0 | | #6 x 5/8 HWH Sheet Metal Screw Type B | 1.0 | | |

**Required Date:** 4/30/2019                                                                                  **Order Line Number:**   3

#6 x 5/8 Hex Washer Head Sheet Metal Screw Type B Zinc - (BLUNT POINT)  Per Drawing

**Revision Level:** B

**Blue Print Number:** 346214

**Engineering Change Number:**

**Customer Part Number:** 600346214



EXHIBIT

A

12.12.1072 04/29/2013

# QUOTATION

## 1a0 2



| | Order Number |
|---|---|
| | 1277949 |
| Order Date | Page |
| 4/30/2019 | 2 of 3 |

| 2,000.00 | 0.00 | 2,000.00 EA | | 12N200TSW1Z | EA | | 0.027250 | 54.50 |
|---|---|---|---|---|---|---|---|---|
| | | | 1.0 | #12 X 2 Slotted Ind HWH SMSType A Zinc | | 1.0 | | |

**Required Date:** 4/30/2019                                 **Order Line Number:** 4
**Customer Part Number:** 600346726

| 10,000.00 | 0.00 | 10,000.00 EA | | 600347099 | EA | | 0.026000 | 260.00 |
|---|---|---|---|---|---|---|---|---|
| | | | 1.0 | #64 Latex Free Orange Rubber Band | | 1.0 | | |

**Required Date:** 4/30/2019                                 **Order Line Number:** 5

Per Drawing;  REACH Cert Required.  400 pc/bag.  25 bags/box.
**Revision Level:** A
**Blue Print Number:** 347099
**Engineering Change Number:**

| 3,000.00 | 0.00 | 3,000.00 EA | | .6C35SSSS | EA | | 0.079200 | 237.60 |
|---|---|---|---|---|---|---|---|---|
| | | | 1.0 | M6-1.0 x 35 Soc Set Sc Cup Pt 18-8 SST | | 1.0 | | |

**Required Date:** 4/30/2019                                 **Order Line Number:** 6
M6-1.0 x 35 Socket  Set Screw Cup Point 18-8 Stainless Steel
**Customer Part Number:** 600346728

| 500.00 | 0.00 | 500.00 EA | | 700340115 | EA | | 0.525000 | 262.50 |
|---|---|---|---|---|---|---|---|---|
| | | | 1.0 | 310 Series Hardware Kit | | 1.0 | | |

**Required Date:** 4/30/2019                                 **Order Line Number:** 7
(2 per) 1/4-20 x 1-3/4 Brass T-Bolt Per Dwg, (2 per) 1/4-20 Serrated Flange Steel Nut
Tri Zinc clear. (2 per) Flat Washer 60034719. Per Drawing
**Revision Level:** B
**Blue Print Number:** 700340115
**Engineering Change Number:**

| **Level:** | 1 EA | | 25CNWF1Z |
|---|---|---|---|
| **Qty Per Assembly:** | 2.00 | 1.0 | 1/4-20 Whiz Serrated Flange Nut Zinc |
| **Total Qty:** | 1,000.00 | | |
| **Level:** | 2 EA | | 600346869 |
| **Qty Per Assembly:** | 2.00 | 1.0 | 1/4 - 20 x 1 1/2 Brass T-bolt |
| **Total Qty:** | 1,000.00 | | |
| **Level:** | 3 EA | | 600347191 |
| **Qty Per Assembly:** | 2.00 | 1.0 | .846 OD x .265 ID x .046 THK Zinc F/W |
| **Total Qty:** | 1,000.00 | | |

**Total Lines:** 7

| **SUB-TOTAL:** | 1,461.80 |
|---|---|
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | 1,461.80 |
| | U.S. Dollars |

**Please Note:** All tariffs and taxes enacted after a quotation is
issued will be added at the time of invoicing.

12.12.1072 04/29/2013

# QUOTATION

## 1a0 3



| Order Number | |
|---|---|
| 1277949 | |
| Order Date | Page |
| 4/30/2019 | 3 of 3 |

## NSK Industries, Inc. Standard Terms & Conditions of Sale

ANY DIFFERENT OR ADDITIONAL TERM, WHETHER OR NOT MATERIAL, PROPOSED BY THE BUYER IN ANY PURCHASE ORDER OR OTHERWISE IS HEREBY OBJECTED TO. THIS IS NOT AN ACCEPTANCE OF ANY PRIOR OFFER, NOR IS IT A CONFIRMATION OF ANY PRIOR ORAL DISCUSSION. NSK Industries, Inc., herein referred to as the "Company," will sell to the Buyer the products described in its product quotation, subject, however, to the following terms and conditions:

1. ACCEPTANCE: Acceptance by the Company of the Buyer's order is expressly conditioned upon Buyer's agreement to all of the terms and conditions set forth herein and any inconsistent or additional terms contained in the Buyer's purchase order, purchase contract or other document are hereby rejected. The terms, conditions, specifications and quantities as stated in the Company's product quotation shall not be modified other than in a writing executed on behalf of the Buyer and the Company.

2. PRICES AND TAXES: The prices quoted by the Company will remain firm for a period of thirty (30) days, after which period the Company may change the same without notice. Therefore, if the placing of an order has been delayed beyond such time, the Buyer should obtain confirmation of prices prior to submitting an order. The Company reserves the right to revise catalog information at any time, without notice and it will not be responsible for any price errors contained therein.

Unless otherwise stated herein, prices quoted are F.O.B., the Company's facility, 150 Ascot Parkway, Cuyahoga Falls, Ohio 44223. The amount of any local, State or Federal tax levied on the products referred to herein shall be added to the amount paid by and remain the sole responsibility of the Buyer. All invoices are payable within thirty (30) days of the delivery date. If the Buyer pays within ten (10) days of the delivery date, a one percent (1%) discount will be granted, provided that all other invoices have been paid in full. All invoices not paid in accordance with the terms of payment herein stated shall bear interest from the due date at the rate of 1/20 of 1% per day until paid. The Company reserves the right to revise the above payment terms if at any time the Company, acting in its sole discretion, deems the credit worthiness of the Buyer to be in question. The Buyer shall pay, to the extent permitted by law, all reasonable costs and expenses, including attorney fees and costs incurred by the Company in connection with any collection action for payment of the amounts due herein.

If the products covered hereby are to be delivered to the Buyer over a specified period of time following the order date, or if the Buyer orders a specific quantity or estimated quantity of products based on an estimated need, the Buyer shall accept shipment of and pay for all products stated or estimated in such order and such payment shall be made in accordance with this Section 2 above, and in any event, on or before the end of such specified period of time, if any.

3. PACKAGING: All products shipped in one-way containers (barrels, canisters, sacks, bags, cartons, etc.) shall become the property of the Buyer and shall not be returned to Company but properly disposed of by Buyer. All products shipped in returnable containers are the property of the Company and the Buyer shall return any such containers to the Company. Buyer shall be liable for the failure to return such containers. Goods in containers are invoiced at their net weight.

4. DELIVERY: Any dates or schedules which may be specified for the delivery of the products covered hereby have been stated only approximately and are estimated from the date of receipt of the Buyer's order, with complete specifications and other information reasonably requested by the Company in order to proceed with the manufacture of the products and the Company shall not incur any liability, either direct or indirect, nor shall any order be cancelled, because or as a result of any delays in meeting such dates or schedules. Company reserves the right to satisfy delivery of the products through partial delivery and part performance.

5. FORCE MAJEURE: The Company shall in no event be responsible or liable for any delays or failures in manufacture or delivery due to any cause or condition beyond the control of the Company, including, without limiting the generality of the foregoing, strikes or other labor difficulties, fire, floods, inability to secure transportation facilities, actions of the elements, shortage of materials or equipment, riots or other civil commotion, and war.

6. PRODUCT SELECTION AND SUITABILITY: Most products offered by the Company are obtained from several supply sources and the Company uses commercially reasonable efforts to ensure the quality of these supply sources and the products offered. As these products are dynamic and versatile, the Company shall not be responsible for how the products are used or installed and the product's conformance to local or regional codes or regulations. The Buyer should review the product's application, and the relevant code, regulations or ordinances, to be certain that the product, its installation, and use will satisfy these requirements. IN NO EVENT SHALL THE COMPANY BE RESPONSIBLE FOR ANY LOSS OR DAMAGE ARISING OUT OF THE BUYER'S IMPROPER SELECTION, MISAPPLICATION OR MISUSE OF A PRODUCT.

7. LIMITED WARRANTY: The Company will replace any of the products which fail to meet the applicable specifications within six (6) months from date of shipment upon return of the same at the Buyer's expense, provided that the Company's warranty shall extend only to the original purchaser from the Company, provided further the Buyer notifies the Company in writing within thirty (30) days after the Buyer is aware of any such defect, and provided, finally, that the Company shall in no event be responsible for the cost of labor or other charges incurred by the Buyer in returning any of the products to the Company for replacement. No returns shall be made without prior written consent of the Company. The Company shall not be liable for repair or replacement under this paragraph for any product defect resulting from the misuse, improper selection or misapplication of the product.

8. MANUFACTURER WARRANTY: The products sold by the Company may be warranted to the Buyer by the manufacturer. The Company is not responsible or obligated to enforce the warranties extended by the manufacturer to the Buyer, but will use commercially reasonable efforts to assist the Buyer in obtaining or verifying any such warranty information. The Company may distribute literature or sales materials of the manufacturer, but assumes no responsibility for the content of such literature or materials.

9. EXCLUSION OF OTHER WARRANTIES: EXCEPT FOR THE EXPRESS WARRANTY SET FORTH ABOVE, THERE ARE NO WARRANTIES, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, WHICH APPLY TO THE PRODUCTS. NO WARRANTIES OR REPRESENTATIONS AT ANY TIME MADE BY ANY REPRESENTATIVE OF THE COMPANY SHALL BE EFFECTIVE TO VARY OR EXPAND THE ABOVE-REFERENCED EXPRESS WARRANTY OR OTHER TERMS HEREOF.

10. LIABILITY LIMITATION: In no event shall the Company be liable to the Buyer or to any third party for consequential, incidental or special damages resulting from or in any manner related to the products, their design, use, or any inability to use the same, including, without limitation, damages arising out of or in any manner relating to the delivery of the products or any delay with respect to their delivery, it being understood that the sole and exclusive remedy of the Buyer or any third party shall be the replacement of defective products pursuant to the "WARRANTY" provisions hereinabove contained. IN NO EVENT SHALL THE MEASURE OF DAMAGES EXCEED THE PURCHASE PRICE PAID FOR THE PRODUCTS. Should the products prove so defective, however, as to preclude the remedying of warranted defects by replacement, the Buyer's sole and exclusive remedy shall be the refund of the purchase price upon its return of the products to the Company.

11. CANCELLATION OR CHANGES OF ORDERS: No orders may be withdrawn or cancelled by the Buyer, nor may they be deferred when ready, unless the Company shall first be paid a cancellation or deferral charge of a reasonable amount acceptable to the Company. In the event the Buyer shall request reasonable changes in its order after receipt thereof by the Company, the Buyer shall be responsible for all charges reasonably assessed by the Company with respect to such changes. In no event shall the Buyer request unreasonable changes with respect to any of the terms of any order, including but not limited to changes with respect to quantity and delivery dates. The reasonableness of a requested change shall be solely determined by the Company using its reasonable discretion.

12. RETURN OF MERCHANDISE: With the Company's prior written consent and at the request of the Buyer to have defect-free merchandise returned, the Buyer shall return any allowed product in the original package and in a non-objectionable condition. Opened containers, perishable products, special products and individual components of multi-component products will not be accepted. For returned merchandise, the Buyer may request a maximum credit of up to eighty percent (80%) of the invoice amount.

13. NO PROTECTION FROM CLAIM OF INFRINGEMENT: The Company makes no representation or warranty that the delivery or subsequent use of the products ordered shall be free of the claim of any third party by way of infringement.

14. SECURITY INTEREST: The Buyer grants to the Company a purchase money security interest in the products covered hereby and any proceeds thereof resulting from the resale of the products until full payment is received, with respect to any sales on open account. The Buyer hereby authorizes the Company to file any and all documents to establish and maintain such security interest.

15. APPLICABLE LAW: The terms and conditions applicable to the transaction provided for herein shall be determined and construed in accordance with, and shall be governed by, the laws of the State of Ohio without giving effect to its choice of law principles and the Buyer and the Company agree to submit to the jurisdiction of the appropriate State or Federal Court within Ohio for purposes of resolving any dispute or claim arising in connection with said transaction.

Sandra Kurt, Summit County Clerk of Courts

# 6a 01

# Detail A/R Aged Trial Balance By Due Date

Customer ID: 110502    NSK Industries, Inc.
Branch ID: 01    Tekmart Integrated Manufacturing Services Limited    Phone #: 52 (656) 649-4515

| Invoice No | Original Invoice Date | Invoice Amount | Salesrep Name | Net Due Date | Terms Due Date | Memo Amount | Total Due | Current Due | <= 30 | 31 to 60 | 61 to 90 | OVER 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1420482 | 06/14/2022 | 4,286.88 | Jessica Fisk | 08/13/2022 | 08/13/2022 | 0.00 | 4,286.88 | 0.00 | 0.00 | 4,286.88 | 0.00 | 0.00 |
| 1420483 | 06/14/2022 | 473.60 | Ryan Burke | 08/13/2022 | 08/13/2022 | 0.00 | 473.60 | 0.00 | 0.00 | 473.60 | 0.00 | 0.00 |
| 1420484 | 06/14/2022 | 1,759.40 | Ryan Burke | 08/13/2022 | 08/13/2022 | 0.00 | 1,759.40 | 0.00 | 0.00 | 1,759.40 | 0.00 | 0.00 |
| 1420485 | 06/14/2022 | 1,018.60 | Ryan Burke | 08/13/2022 | 08/13/2022 | 0.00 | 1,018.60 | 0.00 | 0.00 | 1,018.60 | 0.00 | 0.00 |
| 1420486 | 06/14/2022 | 296.00 | Ryan Burke | 08/13/2022 | 08/13/2022 | 0.00 | 296.00 | 0.00 | 0.00 | 296.00 | 0.00 | 0.00 |
| 1420487 | 06/14/2022 | 1,267.20 | Ryan Burke | 08/13/2022 | 08/13/2022 | 0.00 | 1,267.20 | 0.00 | 0.00 | 1,267.20 | 0.00 | 0.00 |
| 1420488 | 06/14/2022 | 1,183.00 | Ryan Burke | 08/13/2022 | 08/13/2022 | 0.00 | 1,183.00 | 0.00 | 0.00 | 1,183.00 | 0.00 | 0.00 |
| 1420489 | 06/14/2022 | 710.40 | Ryan Burke | 08/13/2022 | 08/13/2022 | 0.00 | 710.40 | 0.00 | 0.00 | 710.40 | 0.00 | 0.00 |
| 1421331 | 06/24/2022 | 4,339.20 | Ryan Burke | 08/23/2022 | 08/23/2022 | 0.00 | 4,339.20 | 0.00 | 0.00 | 4,339.20 | 0.00 | 0.00 |
| 1421673 | 06/29/2022 | 217.15 | Jessica Fisk | 08/28/2022 | 08/28/2022 | 0.00 | 217.15 | 0.00 | 217.15 | 0.00 | 0.00 | 0.00 |
| 1421674 | 06/29/2022 | 1,480.00 | Ryan Burke | 08/28/2022 | 08/28/2022 | 0.00 | 1,480.00 | 0.00 | 1,480.00 | 0.00 | 0.00 | 0.00 |
| 1421675 | 06/29/2022 | 9,672.00 | Jessica Fisk | 08/28/2022 | 08/28/2022 | 0.00 | 9,672.00 | 0.00 | 9,672.00 | 0.00 | 0.00 | 0.00 |
| 1421676 | 06/29/2022 | 4,286.88 | Jessica Fisk | 08/28/2022 | 08/28/2022 | 0.00 | 4,286.88 | 0.00 | 4,286.88 | 0.00 | 0.00 | 0.00 |
| 1421677 | 06/29/2022 | 1,991.73 | Jessica Fisk | 08/28/2022 | 08/28/2022 | 0.00 | 1,991.73 | 0.00 | 1,991.73 | 0.00 | 0.00 | 0.00 |
| 1421678 | 06/29/2022 | 46,560.00 | Ryan Burke | 08/28/2022 | 08/28/2022 | 0.00 | 46,560.00 | 0.00 | 46,560.00 | 0.00 | 0.00 | 0.00 |
| 1421679 | 06/29/2022 | 2,329.60 | Ryan Burke | 08/28/2022 | 08/28/2022 | 0.00 | 2,329.60 | 0.00 | 2,329.60 | 0.00 | 0.00 | 0.00 |
| 1422168 | 07/07/2022 | 35,127.44 | Jessica Fisk | 09/05/2022 | 09/05/2022 | 0.00 | 35,127.44 | 0.00 | 35,127.44 | 0.00 | 0.00 | 0.00 |
| 1422169 | 07/07/2022 | 1,267.20 | Ryan Burke | 09/05/2022 | 09/05/2022 | 0.00 | 1,267.20 | 0.00 | 1,267.20 | 0.00 | 0.00 | 0.00 |
| 1422650 | 07/14/2022 | 16,416.00 | Ryan Burke | 09/12/2022 | 09/12/2022 | 0.00 | 16,416.00 | 0.00 | 16,416.00 | 0.00 | 0.00 | 0.00 |
| 1422651 | 07/14/2022 | 1,164.80 | Ryan Burke | 09/12/2022 | 09/12/2022 | 689.89 | 1,854.69 | 0.00 | 1,854.69 | 0.00 | 0.00 | 0.00 |
| 1427347 | 09/19/2022 | 1,294.62 | Jessica Fisk | 09/19/2022 | 09/19/2022 | 0.00 | 1,294.62 | 0.00 | 1,294.62 | 0.00 | 0.00 | 0.00 |
| Customer 110502 Totals: | | 137,141.70 | | | | 689.89 | 137,831.59 | 0.00 | 122,497.31 | 15,334.28 | 0.00 | 0.00 |
| Branch NSK Industries, Inc. Totals: | | | | | | 689.89 | 137,831.59 | 0.00 | 122,497.31 | 15,334.28 | 0.00 | 0.00 |
| Company NSK Industries, Inc. (330) | | | | | | 689.89 | 137,831.59 | 0.00 | 122,497.31 | 15,334.28 | 0.00 | 0.00 |

Invoice Age in Days

Page 1 of 1

Date: 2022-09-27 16:22:41

EXHIBIT
B

**INVOICE**

# 4a0 1





| INVOICE | |
|---|---|
| 1420482 | |
| Invoice Date | Page |
| 6/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350719 | |

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

**Customer ID:**    110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092958 | NET 60 | 8/13/2022 | 8/13/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/29/2022 14:16:53 | 1430169 | Jessica Fisk | FISKJ |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Quantities** | | | |

**Delivery Instructions:**  14 box 426 lbs
**Carrier:**  Will Call                                    **Tracking #:** 01081598

| Line # | Ordered | Shipped | Remaining | UOM | | Item ID / Item Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 187,200 | 187,200 | 0 | EA | | 6N62HIL4 | EA | 0.022900 | 4,286.88 |
| | | | | | | #6 x 5/8 Phil Pan HI-LO Sc 410 SST | | | |

Ordered As: MA-T26315-050

| Lot Number: 393959 | Qty: 100,361 | EA |
|---|---|---|
| Lot Number: 409333 | Qty: 8,740 | EA |
| Lot Number: 409337 | Qty: 78,099 | EA |

**Total Lines:** 1

| | |
|---|---|
| **SUB-TOTAL:** | 4,286.88 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | **4,286.88** |
| | US Dollars |

* * * *REPRINT* * * *

12.12.1094 - 05/20/13

# 4a0 2

## Purchase order

PO number/date
4500002951 / 03/24/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:                        Bill to:
Tekmart Integrated Manufacturing Services /    Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS    P.O. Box 17562
1455 Vanderbilt Dr                        El Paso, tx. 79917
El Paso, Texas 79935                       Attn. Accounts Payable


Terms of payment: WITHIN 60 DAYS DUE NET                       Currency USD

| Item | Material | Description | Deliv. date | |
|------|----------|-------------|-------------|---|
| | Order qty. | Unit | Price per unit | Net value |
| 00010 | MA-T26315-050 | 600346171 SCREW #6X5/8PHIL PNHD HI/LO-SS | 06/06/2022 | |
| | 1,123,200.000 | Piece | 1.69/100 | 18,982.08 |

Total net value excl. tax  USD                       18,982.08

**INVOICE**

# 4b0 1





| INVOICE | |
|---|---|
| 1420483 | |
| Invoice Date | Page |
| 6/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350077 | |

**Bill To:**

Tekmart Integrated Manufacturing Services Limited

P.O. Box 17962

El Paso, TX 79917

UNITED STATES

**Ship To:**

TIMS/Big Logistics

1455 Vanderbilt Drive

El Paso , TX 79935

UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

**Customer ID:**   110502

150 Ascot Parkway

P.O. Box 1089

Cuyahoga Falls, OH 44223

UNITED STATES

330-923-4112

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092917 | NET 60 | 8/13/2022 | 8/13/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/22/2022 10:50:30 | 1429728 | Ryan Burke | FISKJ |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Delivery Instructions:**  2 box 54lbs | | | |
| | | | | | | **Carrier:**  Will Call          **Tracking #:** 01081598 | | | |
| 2 | 48,000 | 16,000 | 0 | EA | | 600347099 | EA | 0.029600 | 473.60 |
| | | | | | | #64 Latex Free Orange Rubber Band | | | |
| | | | | | | Per Drawing;   REACH Cert Required.   400 pc/bag.  25 bags/box. | | | |
| | | | | | | **Revision Level:** A | | | |
| | | | | | | **Blue Print Number:** 347099 | | | |
| | | | | | | **Engineering Change Number:** | | | |
| | | | | | | **Ordered As:** MA-T26315-140 | | | |
| | | | | | | **Lot Number:** 413355    **Qty:**   16,000    EA | | | |

**Total Lines:**  1

| | |
|---|---|
| **SUB-TOTAL:** | 473.60 |
| **TAX :** | 0.00 |
| **AMOUNT DUE:** | 473.60 |
| | US Dollars |

**\* \* \* REPRINT \* \* \***

12.12.1094 - 05/20/13

# 4b0 2

## Purchase order

PO number/date
4500052917 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195563

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17562
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                    Currency USD

| Item | Material | Description | Deliv. date | |
|------|----------|-------------|-------------|---|
| | Order qty. | Unit | Price per unit | Net value |
| 00010 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 08/03/2022 | |
| | 48,000.000 | Piece | 2.85/100 | 1,368.00 |
| 00020 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 05/02/2022 | |
| | 48,000.000 | Piece | 2.85/100 | 1,368.00 |
| 00030 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 06/06/2022 | |
| | 48,000.000 | Piece | 2.85/100 | 1,368.00 |
| 00040 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 07/01/2022 | |
| | 48,000.000 | Piece | 2.85/100 | 1,368.00 |

Total net value excl. tax  USD                                5,472.00

# 4c0 1



| INVOICE | |
|---|---|
| 1420484 | |
| Invoice Date | Page |
| 6/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1349462 | |

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

**INVOICE**

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

**Customer ID:** 110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092912 | NET 60 | 8/13/2022 | 8/13/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/15/2022 10:10:28 | 1429148 | Ryan Burke | FISKJ |

| Line # | Quantities Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Delivery Instructions:** 7 box 241 lbs

**Carrier:** Will Call

**Tracking #:** 01081598

| 3 | 30,000 | 19,000 | 0 | EA | | .6C35SSSS | EA | 0.092600 | 1,759.40 |
| | | | | | | M6-1.0 x 35 Socket Set Screw with Cup | | | |
| | | | | | | Point, DIN 619/ISO4029 - 18/8 Stainless Steel | | | |

**Ordered As:** MA-T26315-110

**Lot Number:** 410040    **Qty:** 19,000    EA

*Total Lines:* 1

| | |
|---|---|
| **SUB-TOTAL:** | 1,759.40 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | 1,759.40 |
| | US Dollars |

* * * *REPRINT* * * *

12.12.1094 - 05/20/13

**Sandra Kurt, Summit County Clerk of Courts**

# 4c0 2

## Purchase order

PO number/date
4500052912 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:                          Bill to:
Tekmart Integrated Manufacturing Services / Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS  P.O. Box 17962
1455 Vanderbilt Dr                          El Paso, tx. 79917
El Paso, Texas 79935                         Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                          Currency USD

| Item | Material | Description | Deliv. date | Net value |
|------|----------|-------------|-------------|-----------|
| | Order qty. | Unit | Price per unit | |
| 00010 | MA-T26315-110 | 600346728 SCREW SET CUP PT M6X35MM-SS DO | 06/06/2022 | |
| | 30,000.000 | Piece | 7.93/100 | 2,379.00 |
| 00020 | MA-T26315-110 | 600346728 SCREW SET CUP PT M6X35MM-SS DO | 04/25/2022 | |
| | 30,000.000 | Piece | 7.93/100 | 2,379.00 |
| 00030 | MA-T26315-110 | 600346728 SCREW SET CUP PT M6X35MM-SS DO | 05/02/2022 | |
| | 30,000.000 | Piece | 7.93/100 | 2,379.00 |

Total net value excl. tax USD                          7,137.00

# INVOICE

## 4d0 1





**nsk**

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1420485 | |
| Invoice Date | Page |
| 6/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1349462 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

**Customer ID:**   110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092912 | NET 60 | 8/13/2022 | 8/13/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/15/2022 10:10:28 | 1429339 | Ryan Burke | FISKJ |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Delivery Instructions:**  4 box 140 lbs | | | |
| | | | | | | **Carrier:**  Will Call            **Tracking #:** 01081598 | | | |
| 3 | 30,000 | 11,000 | 0 | EA | | .6C35SSSS | EA | 0.092600 | 1,018.60 |
| | | | | | | M6-1.0 x 35 Socket Set Screw with Cup | | | |
| | | | | | | Point, DIN 619/ISO4029 - 18/8 Stainless Steel | | | |
| | | | | | | **Ordered As:**  MA-T26315-110 | | | |
| | | | | | | **Lot Number:** 410040      **Qty:**  11,000    EA | | | |

*Total Lines:*  *1*

| | |
|---|---|
| **SUB-TOTAL:** | 1,018.60 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | **1,018.60** |
| | US Dollars |

**\* \* \* REPRINT \* \* \***

12.12.1094 - 05/20/13

# 4d0 2

```
                              ┌─────────────────────────────────────────┐
                              │ Purchase order                          │
                              │                                         │
                              │ PO number/date                          │
                              │ 4500052512 / 03/11/2022                  │
                              │ Contact person/Telephone                │
                              │ Nayeli Ramirez/6564195963               │
                              │                                         │
                              │                                         │
NSK INDUSTRIES                │                                         │
150 ASCOT PARKWAY             │ Vendor-SAP : T24036                     │
CUYAHOGA FALLS, , 44223       │ Vendor-FAX :                            │
USA                           │ Vendor-MAIL: burker@nskind.com          │
                              └─────────────────────────────────────────┘
```

Please deliver to:                    Bill to:
Tekmart Integrated Manufacturing Services /   Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS     P.O. Box 17562
1455 Vanderbilt Dr                            El Paso, tx. 79917
El Paso, Texas 79935                          Attn. Accounts Payable


Terms of payment: WITHIN 60 DAYS DUE NET                          Currency USD

| Item | Material | Description | Deliv. date | |
|------|----------|-------------|-------------|--|
| | Order qty. | Unit | Price per unit | Net value |
| 00010 | MA-T26315-110 | 600346728 SCREW SET CUP PT M6X35MM-SS DO06/06/2022 | | |
| | 30,000.000 | Piece | 7.93/100 | 2,379.00 |
| 00020 | MA-T26315-110 | 600346728 SCREW SET CUP PT M6X35MM-SS DO04/25/2022 | | |
| | 30,000.000 | Piece | 7.93/100 | 2,379.00 |
| 00030 | MA-T26315-110 | 600346728 SCREW SET CUP PT M6X35MM-SS DO05/02/2022 | | |
| | 30,000.000 | Piece | 7.93/100 | 2,379.00 |

Total net value excl. tax USD                                    7,137.00



# 4e0 1

**INVOICE**



| INVOICE | |
|---|---|
| 1420486 | |
| Invoice Date | Page |
| 6/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350077 | |

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

**Customer ID:**    110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092917 | NET 60 | 8/13/2022 | 8/13/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/22/2022 10:50:30 | 1429665 | Ryan Burke | FISKJ |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|

**Delivery Instructions:**    1 box 27 lbs
**Carrier:**  Will Call                    **Tracking #:** 01081598

| 2 | 48,000 | 10,000 | 0 | EA | | 600347099 | EA | 0.029600 | 296.00 |

#64 Latex Free Orange Rubber Band
Per Drawing;   REACH Cert Required.   400
pc/bag.  25 bags/box.
**Revision Level:** A
**Blue Print Number:** 347099
**Engineering Change Number:**
**Ordered As:** MA-T26315-140
**Lot Number:** 413355    **Qty:**  10,000    EA

**Total Lines:** 1

| | |
|---|---|
| **SUB-TOTAL:** | 296.00 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | 296.00 |
| | US Dollars |

* * * REPRINT * * *

12.12.1094 - 05/20/13

CV-2022-11-3986    O'BRIEN, TAMMY    11/22/2022 15:27:26 PM    CMCO    Page 27 of 139

# 4e0 2

## Purchase order

PO number/date
4500052917 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:                          Bill to:
Tekmart Integrated Manufacturing Services / Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS   P.O. Box 17962
1455 Vanderbilt Dr                          El Paso, tx. 79917
El Paso, Texas 79935                        Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                        Currency USD

| Item  | Material     | Description | Deliv. date | | |
|-------|--------------|-------------|-------------|---|---|
|       | Order qty.   | Unit        | Price per unit | | Net value |
| 00010 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 08/03/2022 | | |
|       | 48,000.000   | Piece       | 2.85/100    | | 1,368.00 |
| 00020 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 05/02/2022 | | |
|       | 48,000.000   | Piece       | 2.85/100    | | 1,368.00 |
| 00030 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 06/06/2022 | | |
|       | 48,000.000   | Piece       | 2.85/100    | | 1,368.00 |
| 00040 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 07/01/2022 | | |
|       | 48,000.000   | Piece       | 2.85/100    | | 1,368.00 |

Total net value excl. tax  USD                                 5,472.00

**INVOICE**

## 4f0 1





| INVOICE | |
|---|---|
| 1420487 | |
| Invoice Date | Page |
| 6/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1349313 | |

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

**Customer ID:**   110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092913 | NET 60 | 8/13/2022 | 8/13/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/14/2022 06:34:03 | 1430049 | Ryan Burke | FISKJ |

| Quantities | | | | | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| Line # | Ordered | Shipped | Remaining | UOM | | | | | |

**Delivery Instructions:**  4 box 126 lbs
**Carrier:**  Will Call                              **Tracking #:** 01081598

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 24,000 | 24,000 | 0 | EA | | 10N62SMSS | EA | 0.052800 | 1,267.20 |

#10 x 5/8" Phillips Pan Head Sheet Metal

Screw,   Type   A  –  18/8   Stainless   Steel
(Dimensionally Per ASME B18.6.3)

**Ordered As:** MA-T26315-040

**Lot Number:** 411218       **Qty:**  14,421       EA
**Lot Number:** 413803       **Qty:**   9,579       EA

Total Lines:  *1*

| | |
|---|---|
| **SUB-TOTAL:** | 1,267.20 |
| **TAX :** | 0.00 |
| **AMOUNT DUE:** | **1,267.20** |
| | US Dollars |

* * * *REPRINT* * * *

12.12.1094 - 05/20/13

**Sandra Kurt, Summit County Clerk of Courts**

# 4f0 2

| Purchase order |
| --- |

PO number/date
4500092913 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:                          Bill to:
Tekmart Integrated Manufacturing Services / Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS   P.O. Box 17562
1455 Vanderbilt Dr                          El Paso, tx. 79917
El Paso, Texas 79935                        Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                     Currency USD

| Item | Material | Description | Deliv. date | |
| --- | --- | --- | --- | --- |
| | Order qty. | Unit | Price per unit | Net value |
| 00010 | MA-T26315-040 | 600343584 SCREW #10 X 5/8 PAN PHL SS DOM | 07/01/2022 | |
| | 24,000.000 | Piece | 4.08/100 | 979.20 |
| 00020 | MA-T26315-040 | 600343584 SCREW #10 X 5/8 PAN PHL SS DOM | 05/02/2022 | |
| | 24,000.000 | Piece | 4.08/100 | 979.20 |
| 00030 | MA-T26315-040 | 600343584 SCREW #10 X 5/8 PAN PHL SS DOM | 06/06/2022 | |
| | 24,000.000 | Piece | 4.08/100 | 979.20 |

Total net value excl. tax  USD                              2,937.60

# 4g0 1

**INVOICE**





150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1420488 | |
| Invoice Date | Page |
| 6/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1344626 | |

**Bill To:**

Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**

TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

**Customer ID:** 110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092634 | NET 60 | 8/13/2022 | 8/13/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 1/11/2022 11:14:14 | 1428861 | Ryan Burke | FISKJ |

| Line # | Quantities | | | | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | UOM | | | | | |

**Delivery Instructions:** 4 box 38 lbs
   **Carrier:** Will Call                    **Tracking #:** 01081598

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 70,000 | 70,000 | 0 | EA | | 6N62HIL4 | EA | 0.016900 | 1,183.00 |
| | | | | | | #6 x 5/8 Phil Pan HI-LO Sc 410 SST | | | |

**Ordered As:** MA-T26315-050

**Lot Number:** 393959      **Qty:** 70,000   EA

Total Lines: *1*

| | |
|---|---|
| **SUB-TOTAL:** | 1,183.00 |
| **TAX :** | 0.00 |
| **AMOUNT DUE:** | 1,183.00 |
| | US Dollars |

* * * *REPRINT* * * *

12.12.1094 - 05/20/13

# 4g0 2

| Purchase order |
| --- |

PO number/date
4500092634 / 01/11/2022
Contact person/Telephone
Nayeli Ramirez/656-649-4552

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                                Currency USD

| Item | Material | Description | Deliv. date | Net value |
| --- | --- | --- | --- | --- |
| | Order qty. | Unit | Price per unit | |
| 00010 | MA-T26315-050 | 600346171 SCREW #6X5/8PHIL PNHD HI/LO-SS | 05/02/2022 | |
| | 70,000.000 | Piece | 1.69/100 | 1,183.00 |
| 00020 | MA-T26315-050 | 600346171 SCREW #6X5/8PHIL PNHD HI/LO-SS | 03/07/2022 | |
| | 70,000.000 | Piece | 1.69/100 | 1,183.00 |
| 00030 | MA-T26315-050 | 600346171 SCREW #6X5/8PHIL PNHD HI/LO-SS | 04/04/2022 | |
| | 70,000.000 | Piece | 1.69/100 | 1,183.00 |

Total net value excl. tax  USD                                          3,549.00

**INVOICE**

# 4h0 1





**nsk**

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1420489 | |
| Invoice Date | Page |
| 6/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350077 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID:   110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092917 | NET 60 | 8/13/2022 | 8/13/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/22/2022 10:50:30 | 1429528 | Ryan Burke | FISKJ |

| | Quantities | | | | | Item ID | Pricing | Unit | Extended |
|---|---|---|---|---|---|---|---|---|---|
| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item Description | UOM | Price | Price |

**Delivery Instructions:**  3 boxes 62 lbs
**Carrier:**  Will Call          **Tracking #:** 01081598

| 2 | 48,000 | 24,000 | 0 | EA | | 600347099 | EA | 0.029600 | 710.40 |

#64 Latex Free Orange Rubber Band

Per  Drawing;   REACH  Cert  Required.   400
pc/bag.  25 bags/box.

**Revision Level:** A
**Blue Print Number:** 347099
**Engineering Change Number:**
**Ordered As:** MA-T26315-140
**Lot Number:** 405663   **Qty:** 24,000   EA

Total Lines: 1

| | |
|---|---|
| SUB-TOTAL: | 710.40 |
| TAX: | 0.00 |
| AMOUNT DUE: | 710.40 |
| | US Dollars |

* * * REPRINT * * *

12.12.1094 - 05/20/13

# 4h0 2

| Purchase order |
| --- |

PO number/date
4500052917 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:                          Bill to:
Tekmart Integrated Manufacturing Services /   Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS     P.O. Box 17962
1455 Vanderbilt Dr                            El Paso, tx. 79917
El Paso, Texas 79935                          Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                          Currency USD

| Item | Material | Description | Deliv. date | Net value |
| --- | --- | --- | --- | --- |
| | Order qty. | Unit | Price per unit | |
| 00010 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 08/03/2022 | 1,368.00 |
| | 48,000.000 | Piece | 2.85/100 | |
| 00020 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 05/02/2022 | 1,368.00 |
| | 48,000.000 | Piece | 2.85/100 | |
| 00030 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 06/06/2022 | 1,368.00 |
| | 48,000.000 | Piece | 2.85/100 | |
| 00040 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 07/01/2022 | 1,368.00 |
| | 48,000.000 | Piece | 2.85/100 | |

Total net value excl. tax  USD                          5,472.00



**INVOICE**

nsk

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112



| INVOICE | |
|---|---|
| 1421331 | |
| Invoice Date | Page |
| 6/24/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350074 | |

**Bill To:**

Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**

TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

**Customer ID:**    110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092916 | NET 60 | 8/23/2022 | 8/23/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/22/2022 10:22:02 | 1430958 | Ryan Burke | FISKJ |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Descrition | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Delivery Instructions:** FORWARD AIR 48 BOXES 1606 LBS | | | |
| | | | | | | **Carrier:** Will Call         **Tracking #:** 01081670 | | | |
| 2 | 96,000 | 96,000 | 0 | EA | | 12N200TSW1Z | EA | 0.045200 | 4,339.20 |
| | | | | | | #12 X 2 Slotted Ind HWH SMSType A Zinc | | | |
| | | | | | | **Ordered As:** MA-T26315-100 | | | |
| | | | | | | **Lot Number:** 396911    **Qty:** 96,000    EA | | | |

Total Lines: 1

| | |
|---|---|
| **SUB-TOTAL:** | 4,339.20 |
| **TAX :** | 0.00 |
| **AMOUNT DUE:** | 4,339.20 |
| | US Dollars |

**\* \* \* REPRINT \* \* \***

12.12.1094 - 05/20/13

# 4i0 2

## Purchase order

PO number/date
4500092916 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:                          Bill to:
Tekmart Integrated Manufacturing Services /  Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS    P.O. Box 17962
1455 Vanderbilt Dr                           El Paso, tx. 79917
El Paso, Texas 79935                         Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                        Currency USD

| Item | Material | Description | Deliv. date | |
|------|----------|-------------|-------------|---|
| | Order qty. | Unit | Price per unit | Net value |
| 00010 | MA-T26315-100 | 600346726 SCREW #12X2" WSH HD-ZINC PT DO | 08/03/2022 | |
| | 96,000.000 | Piece | 4.52/100 | 4,339.20 |
| 00020 | MA-T26315-100 | 600346726 SCREW #12X2" WSH HD-ZINC PT DO | 05/16/2022 | |
| | 96,000.000 | Piece | 4.52/100 | 4,339.20 |
| 00030 | MA-T26315-100 | 600346726 SCREW #12X2" WSH HD-ZINC PT DO | 07/01/2022 | |
| | 96,000.000 | Piece | 4.52/100 | 4,339.20 |

Total net value excl. tax  USD                                13,017.60

4j0 1



# INVOICE



**nsk**

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1421673 | |
| Invoice Date | Page |
| 6/29/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350720 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

**Customer ID:** 110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092963 | NET 60 | 8/28/2022 | 8/28/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/29/2022 14:19:04 | 1431494 | Jessica Fisk | FISKJ |

| Quantities | | | | | | Item ID | Pricing | Unit | Extended |
|---|---|---|---|---|---|---|---|---|---|
| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item Descrition | UOM | Price | Price |

**Delivery Instructions:** 1 box 30 lbs

**Carrier:** Will Call    **Tracking #:** 1081699

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 403,200 | 2,345 | 0 | EA | | .6C35SSSS | EA | 0.092600 | 217.15 |
| | | | | | | M6-1.0 x 35 Socket Set Screw with Cup | | | |
| | | | | | | Point, DIN 619/ISO4029 - 18/8 Stainless Steel | | | |

Ordered As: MA-T26315-110

Lot Number: 393223    **Qty:** 2,345    EA

Total Lines: 1

| | |
|---|---|
| **SUB-TOTAL:** | 217.15 |
| **TAX :** | 0.00 |
| **AMOUNT DUE:** | 217.15 |
| | US Dollars |

**\* \* \* REPRINT \* \* \***

12.12.1094 - 05/20/13

# 4j0 2

## Purchase order

PO number/date
4500092963 / 03/24/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17562
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                          Currency USD

| Item | Material | Description | Deliv. date | Net value |
|------|----------|-------------|-------------|-----------|
| | Order qty. | Unit | Price per unit | |
| 00010 | MA-T26315-110 | 600346728 SCREW SET CUP PT M6X35MM-SS DO07/05/2022 | | |
| | 403,200.000 | Piece | 7.93/100 | 31,973.76 |

Total net value excl. tax  USD                                    31,973.76

# INVOICE

## 4k0 1





150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1421674 | |
| Invoice Date | Page |
| 6/29/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350077 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable
**Customer ID:** 110502

Ordered By: Nayeli Ramirez

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092917 | NET 60 | 8/28/2022 | 8/28/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/22/2022 10:50:30 | 1430959 | Ryan Burke | FISKJ |

| Line # | Quantities Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|

**Delivery Instructions:** 5 boxes 135 lbs
**Carrier:** Will Call                    **Tracking #:** 1081699

| 3 | 48,000 | 50,000 | 0 | EA | | 600347099 | EA | 0.029600 | 1,480.00 |

#64 Latex Free Orange Rubber Band

Per Drawing;    REACH Cert Required.    400 pc/bag. 25 bags/box.

**Revision Level:** A
**Blue Print Number:** 347099
**Engineering Change Number:**
**Ordered As:** MA-T26315-140
**Lot Number:** 413355    **Qty:** 50,000    EA

**Total Lines:** 1

| | |
|---|---|
| **SUB-TOTAL:** | 1,480.00 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | **1,480.00** |
| | US Dollars |

* * * REPRINT * * *

12.12.1094 - 05/20/13

# 4k0 2

## Purchase order

PO number/date
4500052917 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:                          Bill to:
Tekmart Integrated Manufacturing Services /  Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS     P.O. Box 17962
1455 Vanderbilt Dr                            El Paso, tx. 79917
El Paso, Texas 79935                          Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                         Currency USD

| Item | Material | Description | Deliv. date | Net value |
|------|----------|-------------|-------------|-----------|
| | Order qty. | Unit | Price per unit | |
| 00010 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 08/03/2022 | 1,368.00 |
| | 48,000.000 | Piece | 2.85/100 | |
| 00020 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 05/02/2022 | 1,368.00 |
| | 48,000.000 | Piece | 2.85/100 | |
| 00030 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 06/06/2022 | 1,368.00 |
| | 48,000.000 | Piece | 2.85/100 | |
| 00040 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 07/01/2022 | 1,368.00 |
| | 48,000.000 | Piece | 2.85/100 | |

Total net value excl. tax USD                                   5,472.00

# INVOICE

## 4|0 1





| INVOICE | |
|---|---|
| 1421675 | |
| Invoice Date | Page |
| 6/29/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1355558 | |

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso , TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

**Customer ID:** 110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092919 | NET 60 | 8/28/2022 | 8/28/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 6/1/2022 14:23:20 | 1431015 | Jessica Fisk | FISKJ |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|

*Delivery Instructions:* 13 boxes 325 lbs

**Carrier:** Will Call                          **Tracking #:** 1081699

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 24,000 | 24,000 | 0 | EA | | 700340148 Water Valve Stem Assembly per Drawings (345964, 346165 & 346166 all together) | EA | 0.403000 | 9,672.00 |

**Revision Level:** B
**Blue Print Number:** 346165
**Engineering Change Number:**
**Ordered As:** MA-T26323-570
**Lot Number:** 406465          **Qty:** 24,000          EA

*Total Lines:* 1

|  | |
|---|---|
| **SUB-TOTAL:** | 9,672.00 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | 9,672.00 |
| | US Dollars |

**\* \* \* REPRINT \* \* \***

12.12.1094 - 05/20/13

# 4I0 2

### Purchase order

PO number/date
4500092919 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                    Currency USD

| Item | Material | Description | Deliv. date | |
|------|----------|-------------|-------------|---|
| | Order qty. | Unit | Price per unit | Net value |
| 00010 | MA-T26323-570 | 700340148 WATER VALVE W/3 DOMETIC | 07/01/2022 | |
| | 24,000.000 | Piece | 3.34/10 | 8,016.00 |
| 00020 | MA-T26323-570 | 700340148 WATER VALVE W/3 DOMETIC | 05/02/2022 | |
| | 24,000.000 | Piece | 3.34/10 | 8,016.00 |
| 00030 | MA-T26323-570 | 700340148 WATER VALVE W/3 DOMETIC | 06/06/2022 | |
| | 24,000.000 | Piece | 3.34/10 | 8,016.00 |

Total net value excl. tax  USD                    24,048.00

# INVOICE

## 4m0 1





| INVOICE | |
|---|---|
| 1421676 | |
| Invoice Date | Page |
| 6/29/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350719 | |

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID:    110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092958 | NET 60 | 8/28/2022 | 8/28/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/29/2022 14:16:53 | 1431055 | Jessica Fisk | FISKJ |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Descrition | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|

*Delivery Instructions:*  12 boxes 419 lbs
**Carrier:**  Will Call                **Tracking #:** 1081699

| 2 | 187,200 | 187,200 | 0 | EA | | 6N62HIL4 | EA | 0.022900 | 4,286.88 |
| | | | | | | #6 x 5/8 Phil Pan HI-LO Sc 410 SST | | | |

*Ordered As:*  MA-T26315-050
**Lot Number:**  409337        **Qty:**  187,200      EA

*Total Lines:  1*

**SUB-TOTAL:**    4,286.88
**TAX :**    0.00
**AMOUNT DUE:**    4,286.88
US Dollars

* * * *REPRINT* * * *

12.12.1094 - 05/20/13

# 4m0 2

## Purchase order

PO number/date
4500092958 / 03/24/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                          Currency USD

| Item | Material | Description | | Deliv. date | |
|------|----------|-------------|-----|-------------|-----------|
| | Order qty. | Unit | Price per unit | | Net value |
| 00010 | MA-T26315-050 | 600346171 SCREW #6X5/8PHIL PNHD HI/LO-SS | 06/06/2022 | |
| | 1,123,200.000 | Piece | 1.69/100 | | 18,982.08 |

Total net value excl. tax  USD                                   18,982.08

# INVOICE

## 4n0 1





150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1421677 | |
| Invoice Date | Page |
| 6/29/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350720 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID:    110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092963 | NET 60 | 8/28/2022 | 8/28/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/29/2022 14:19:04 | 1431088 | Jessica Fisk | FISKJ |

| Line # | Quantities | | | | Disp | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | UOM | | | | | |

*Delivery Instructions:*   18 boxes 286 lbs
        *Carrier:*  Will Call                *Tracking #:* 1081699

| 1 | 403,200 | 21,509 | 0 | EA | | .6C35SSSS | EA | 0.092600 | 1,991.73 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | M6-1.0 x 35 Socket Set Screw with Cup | | | |
| | | | | | | Point, DIN 619/ISO4029 - 18/8 Stainless Steel | | | |

*Ordered As:*  MA-T26315-110

*Lot Number:*  410040        *Qty:*  21,509   EA

*Total Lines:*  *1*

| | |
|---|---|
| **SUB-TOTAL:** | 1,991.73 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | **1,991.73** |
| | US Dollars |

* * * *REPRINT* * * *

12.12.1094 - 05/20/13

# 4n0 2

| Purchase order |
|---|

PO number/date
4500052963 / 03/24/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17562
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                                    Currency USD

| Item | Material | Description | | Deliv. date | |
|---|---|---|---|---|---|
| | Order qty. | Unit | Price per unit | | Net value |
| 00010 | MA-T26315-110 | 600346728 SCREW SET CUP PT M6X35MM-SS DO | 07/05/2022 | | |
| | 403,200.000 | Piece | 7.93/100 | | 31,973.76 |

Total net value excl. tax  USD                                                   31,973.76

# INVOICE

## 4o0 1





| INVOICE | |
|---|---|
| 1421678 | |
| Invoice Date | Page |
| 6/29/2022 | 1 of 2 |
| ORDER NUMBER | |
| 1349269 | |

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

**Customer ID:**   110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092909 | NET 60 | 8/28/2022 | 8/28/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/11/2022 15:53:07 | 1431337 | Ryan Burke | FISKJ |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Delivery Instructions:**   290 boxes 6067 lbs
**Carrier:**  Will Call                              **Tracking #:** 1081699

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 24,000 | 24,000 | 0 | EA | | 700340115 — 310 Series Hardware Kit | EA | 0.628000 | 15,072.00 |

(2 per) 1/4-20 x 1-3/4 Brass T-Bolt Per Dwg, (2 per) 1/4-20 Serrated Flange Steel Nut Tri Zinc clear. (2 per) Flat Washer 60034719. Per Drawing

*Revision Level:* B
*Blue Print Number:* 700340115
*Engineering Change Number:*
*Ordered As:* MA-T26315-190

| | | |
|---|---|---|
| *Lot Number:* 405403 | *Qty:* 1,200 | EA |
| *Lot Number:* 405986 | *Qty:* 3,200 | EA |
| *Lot Number:* 406665 | *Qty:* 19,600 | EA |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 24,000 | 24,000 | 0 | EA | | 700340115 — 310 Series Hardware Kit | EA | 0.628000 | 15,072.00 |

(2 per) 1/4-20 x 1-3/4 Brass T-Bolt Per Dwg, (2 per) 1/4-20 Serrated Flange Steel Nut Tri Zinc clear. (2 per) Flat Washer 60034719. Per Drawing

*Revision Level:* B
*Blue Print Number:* 700340115
*Engineering Change Number:*

**\* \* \* REPRINT \* \* \***

12.12.1094 - 05/20/13

CV-2022-11-3986    O'BRIEN, TAMMY    11/22/2022 15:27:26 PM    CMCO    Page 47 of 139

**INVOICE**

## 4o0 2





150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1421678 | |
| Invoice Date | Page |
| 6/29/2022 | 2 of 2 |
| ORDER NUMBER | |
| 1349269 | |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *Ordered As:* MA-T26315-190 | | | |
| | | | | | | *Lot Number:* 409471    *Qty:* 24,000    EA | | | |
| 3 | 24,000 | 24,000 | 0 | EA | | 700340115 | EA | 0.684000 | 16,416.00 |
| | | | | | | 310 Series Hardware Kit | | | |
| | | | | | | (2 per) 1/4-20 x 1-3/4 Brass T-Bolt Per Dwg, (2 per) 1/4-20 Serrated Flange Steel Nut Tri Zinc clear. (2 per) Flat Washer 60034719. Per Drawing | | | |
| | | | | | | *Revision Level:* B | | | |
| | | | | | | *Blue Print Number:* 700340115 | | | |
| | | | | | | *Engineering Change Number:* | | | |
| | | | | | | *Ordered As:* MA-T26315-190 | | | |
| | | | | | | *Lot Number:* 410046    *Qty:* 22,512    EA | | | |
| | | | | | | *Lot Number:* 410049    *Qty:* 1,488    EA | | | |

*Total Lines:* 3

| | |
|---|---|
| **SUB-TOTAL:** | 46,560.00 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | 46,560.00 |
| | US Dollars |

* * * REPRINT * * *

12.12.1094 - 05/20/13

*Sandra Kurt, Summit County Clerk of Courts*

CV-2022-11-3986         O'BRIEN, TAMMY          11/22/2022 15:27:26 PM          CMCO          Page 48 of 139

# 4o0 3

## Purchase order

PO number/date
4500052905 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                           Currency USD

| Item | Material | Description | Deliv. date | | |
|------|----------|-------------|-------------|--|--|
| | Order qty. | Unit | Price per unit | | Net value |
| 00010 | MA-T26315-190 | 700340115 HARDWARE KIT MTG 1-1/2" TBOLT | 07/18/2022 | | |
| | 24,000.000 | Piece | 6.28/10 | | 15,072.00 |
| 00020 | MA-T26315-190 | 700340115 HARDWARE KIT MTG 1-1/2" TBOLT | 05/16/2022 | | |
| | 24,000.000 | Piece | 6.28/10 | | 15,072.00 |
| 00030 | MA-T26315-190 | 700340115 HARDWARE KIT MTG 1-1/2" TBOLT | 06/13/2022 | | |
| | 24,000.000 | Piece | 6.84/10 | | 16,416.00 |
| 00040 | MA-T26315-190 | 700340115 HARDWARE KIT MTG 1-1/2" TBOLT | 07/01/2022 | | |
| | 24,000.000 | Piece | 6.84/10 | | 16,416.00 |

Total net value excl. tax  USD                                      62,976.00

# 4p0 1

**INVOICE**





| INVOICE | |
|---|---|
| 1421679 | |
| Invoice Date | Page |
| 6/29/2022 | 1 of 2 |
| ORDER NUMBER | |
| 1349459 | |

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

**Customer ID:**   110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092914 | NET 60 | 8/28/2022 | 8/28/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/15/2022 09:49:57 | 1431639 | Ryan Burke | FISKJ |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|

**Delivery Instructions:**   24 boxes 500 lbs
**Carrier:**   Will Call          **Tracking #:** 1081699

| 1 | 83,200 | 83,200 | 0 | EA | | 600346214-TYPE B<br>#6 x 5/8 HWH Sheet Metal Screw Type B | EA | 0.014000 | 1,164.80 |

#6 x 5/8 Hex Washer Head Sheet Metal Screw
Type B Zinc - (BLUNT POINT) Per Drawing
**Revision Level:** B
**Blue Print Number:** 346214
**Engineering Change Number:**
**Ordered As:** MA-T26315-060
**Lot Number:** 413489    **Qty:** 83,200    EA

| 2 | 83,200 | 83,200 | 0 | EA | | 600346214-TYPE B<br>#6 x 5/8 HWH Sheet Metal Screw Type B | EA | 0.014000 | 1,164.80 |

#6 x 5/8 Hex Washer Head Sheet Metal Screw
Type B Zinc - (BLUNT POINT) Per Drawing
**Revision Level:** B
**Blue Print Number:** 346214
**Engineering Change Number:**
**Ordered As:** MA-T26315-060
**Lot Number:** 413489    **Qty:** 83,200    EA

**\* \* \* REPRINT \* \* \***

12.12.1094 - 05/20/13

# INVOICE

## 4p0 2





| INVOICE |  |
|---|---|
| 1421679 |  |
| Invoice Date | Page |
| 6/29/2022 | 2 of 2 |
| ORDER NUMBER |  |
| 1349459 |  |

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| Quantities |  |  |  |  |  | Item ID | Pricing | Unit | Extended |
|---|---|---|---|---|---|---|---|---|---|
| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item Description | UOM | Price | Price |

Total Lines: 2

| | SUB-TOTAL: | 2,329.60 |
|---|---|---|
| | TAX: | 0.00 |
| | AMOUNT DUE: | 2,329.60 |
| | | US Dollars |

* * * REPRINT * * *

12.12.1094 - 05/20/13

**Sandra Kurt, Summit County Clerk of Courts**

# 4p0 3

## Purchase order

PO number/date
4500052914 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET         Currency USD

| Item | Material | Description | Deliv. date | |
|------|----------|-------------|-------------|--|
| | Order qty. | Unit | Price per unit | Net value |
| 00010 | MA-T26315-060 | 600346214 SCREW #6 X .625 HEX WASHER HD | 07/01/2022 | |
| | 83,200.000 | Piece | 1.10/100 | 915.20 |
| 00020 | MA-T26315-060 | 600346214 SCREW #6 X .625 HEX WASHER HD | 05/16/2022 | |
| | 83,200.000 | Piece | 1.10/100 | 915.20 |
| 00030 | MA-T26315-060 | 600346214 SCREW #6 X .625 HEX WASHER HD | 06/06/2022 | |
| | 83,200.000 | Piece | 1.10/100 | 915.20 |

Total net value excl. tax  USD        2,745.60

# INVOICE

## 4q0 1




**nsk**

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1422168 | |
| Invoice Date | Page |
| 7/7/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350720 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID: 110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092963 | NET 60 | 9/5/2022 | 9/5/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/29/2022 14:19:04 | 1431828 | Jessica Fisk | FISKJ |

| Line # | Quantities | | | | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | UOM | | | | | |

*Delivery Instructions:* FORWARD AIR
317 BOXES 5058 LBS
*Carrier:* Will Call    *Tracking #:* 10817341

| 1 | 403,200 | 379,346 | 0 | EA | | .6C35SSSS | EA | 0.092600 | 35,127.44 |
|---|---|---|---|---|---|---|---|---|---|

M6-1.0 x 35 Socket Set Screw with Cup
Point, DIN 619/ISO4029 - 18/8 Stainless Steel

*Ordered As:* MA-T26315-110

*Lot Number:* 415126    *Qty:* 379,346    EA

*Total Lines: 1*

| | |
|---|---|
| **SUB-TOTAL:** | 35,127.44 |
| **TAX :** | 0.00 |
| **AMOUNT DUE:** | 35,127.44 |
| | US Dollars |

\* \* \* *REPRINT* \* \* \*

12.12.1094 - 05/20/13

# 4q0 2

## Purchase order

PO number/date
4500052963 / 03/24/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET

Currency USD

| Item | Material | Description | Deliv. date | |
|------|----------|-------------|-------------|---|
| | Order qty. | Unit | Price per unit | Net value |
| 00010 | MA-T26315-110 | 600346728 SCREW SET CUP PT M6X35MM-SS DO07/05/2022 | | |
| | 403,200.000 | Piece | 7.93/100 | 31,973.76 |

Total net value excl. tax  USD                    31,973.76

**INVOICE**

# 4r0 1



150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112



| INVOICE | |
|---|---|
| 1422169 | |
| Invoice Date | Page |
| 7/7/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1349313 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID:   110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092913 | NET 60 | 9/5/2022 | 9/5/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/14/2022 06:34:03 | 1431756 | Ryan Burke | FISKJ |

| Line # | Quantities | | | | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | UOM | | | | | |

*Delivery Instructions:*   FORWARD AIR
4 BOXES 128 LBS
*Carrier:*  Will Call          *Tracking #:* 10817341

| Line # | Ordered | Shipped | Remaining | UOM | | Item ID / Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 24,000 | 24,000 | 0 | EA | | 10N62SMSS<br>#10 x 5/8" Phillips Pan Head Sheet Metal<br>Screw, Type A – 18/8 Stainless Steel<br>(Dimensionally Per ASME B18.6.3) | EA | 0.052800 | 1,267.20 |

*Ordered As:* MA-T26315-040
*Lot Number:* 413993      *Qty:*  18,000    EA
*Lot Number:* 414022      *Qty:*   6,000    EA

*Total Lines:  1*

**SUB-TOTAL:**  1,267.20
**TAX:**  0.00
**AMOUNT DUE:**  1,267.20
US Dollars

* * * *REPRINT* * * *

12.12.1094 - 05/20/13

# 4r0 2

**Purchase order**

PO number/date
4500002913 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                     Currency USD

| Item | Material | Description | Deliv. date | |
|------|----------|-------------|-------------|---|
| | Order qty. | Unit | Price per unit | Net value |
| 00010 | MA-T26315-040 | 600343584 SCREW #10 X 5/8 PAN PHL SS DOM | 07/01/2022 | |
| | 24,000.000 | Piece | 4.08/100 | 979.20 |
| 00020 | MA-T26315-040 | 600343584 SCREW #10 X 5/8 PAN PHL SS DOM | 05/02/2022 | |
| | 24,000.000 | Piece | 4.08/100 | 979.20 |
| 00030 | MA-T26315-040 | 600343584 SCREW #10 X 5/8 PAN PHL SS DOM | 06/06/2022 | |
| | 24,000.000 | Piece | 4.08/100 | 979.20 |

Total net value excl. tax  USD                     2,937.60

# 4s0 1

**INVOICE**





150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1422650 | |
| Invoice Date | Page |
| 7/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1349269 | |

**Bill To:**

Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**

TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

**Customer ID:**   110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092909 | NET 60 | 9/12/2022 | 9/12/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/11/2022 15:53:07 | 1432076 | Ryan Burke | FISKJ |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|

*Delivery Instructions:*   96 BOXES 2016 LBS
*Carrier:*   FedEx Freight (Priority)          *Tracking #:* 275534346749

| 4 | 24,000 | 24,000 | 0 | EA | | 700340115<br>310 Series Hardware Kit<br>(2 per) 1/4-20 x 1-3/4 Brass T-Bolt Per Dwg, (2 per) 1/4-20 Serrated Flange Steel Nut Tri Zinc clear. (2 per) Flat Washer 60034719. Per Drawing | EA | 0.684000 | 16,416.00 |

*Revision Level:* B
*Blue Print Number:* 700340115
*Engineering Change Number:*
*Ordered As:* MA-T26315-190
*Lot Number:* 410761       *Qty:* 12,000      EA
*Lot Number:* 412276       *Qty:* 12,000      EA

*Total Lines:* 1

| | |
|---|---|
| **SUB-TOTAL:** | 16,416.00 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | **16,416.00** |
| | US Dollars |

**\* \* \* REPRINT \* \* \***

12.12.1094 - 05/20/13

# 4s0 2

## Purchase order

PO number/date
4500002909 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

**Please deliver to:**
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

**Bill to:**
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                    Currency USD

| Item | Material | Description | Deliv. date | Net value |
|------|----------|-------------|-------------|-----------|
|      | Order qty. | Unit | Price per unit | |
| 00010 | MA-T26315-190 | 700340115 HARDWARE KIT MTG 1-1/2" TBOLT | 07/18/2022 | 15,072.00 |
|       | 24,000.000 | Piece | 6.28/10 | |
| 00020 | MA-T26315-190 | 700340115 HARDWARE KIT MTG 1-1/2" TBOLT | 05/16/2022 | 15,072.00 |
|       | 24,000.000 | Piece | 6.28/10 | |
| 00030 | MA-T26315-190 | 700340115 HARDWARE KIT MTG 1-1/2" TBOLT | 06/13/2022 | 16,416.00 |
|       | 24,000.000 | Piece | 6.84/10 | |
| 00040 | MA-T26315-190 | 700340115 HARDWARE KIT MTG 1-1/2" TBOLT | 07/01/2022 | 16,416.00 |
|       | 24,000.000 | Piece | 6.84/10 | |

Total net value excl. tax  USD                              62,976.00

# INVOICE

## 4t0 1





150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1422651 | |
| Invoice Date | Page |
| 7/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1349459 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

**Customer ID:** 110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092914 | NET 60 | 9/12/2022 | 9/12/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/15/2022 09:49:57 | 1432271 | Ryan Burke | FISKJ |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|

*Delivery Instructions:* 12 BOXES 250 LBS

*Carrier:* FedEx Freight (Priority)       *Tracking #:* 275534346749

| 3 | 83,200 | 83,200 | 0 | EA | | 600346214-TYPE B | EA | 0.014000 | 1,164.80 |

#6 x 5/8 HWH Sheet Metal Screw Type B

#6 x 5/8 Hex Washer Head Sheet Metal Screw Type B Zinc - (BLUNT POINT) Per Drawing

*Revision Level:* B
*Blue Print Number:* 346214
*Engineering Change Number:*
*Ordered As:* MA-T26315-060

| *Lot Number:* 410744 | *Qty:* | 20,600 | EA |
|---|---|---|---|
| *Lot Number:* 413489 | *Qty:* | 62,600 | EA |

*Total Lines: 1*

| | |
|---|---|
| **SUB-TOTAL:** | 1,164.80 |
| **TAX :** | 0.00 |
| **MEMO AMT (debit) :** | 689.89 |
| **AMOUNT DUE:** | 1,854.69 |
| | US Dollars |

**\* \* \* REPRINT \* \* \***

12.12.1094 - 05/20/13

# 4to 2

## Purchase order

PO number/date
4500052914 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17562
El Paso, tx. 79917
Attn: Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET      Currency USD

| Item | Material | Description | | Deliv. date | |
|------|----------|-------------|------|-------------|-----------|
| | Order qty. | Unit | Price per unit | | Net value |
| 00010 | MA-T26315-060 | 600346214 SCREW #6 X .625 HEX WASHER HD | | 07/01/2022 | |
| | 83,200.000 | Piece | 1.10/100 | | 915.20 |
| 00020 | MA-T26315-060 | 600346214 SCREW #6 X .625 HEX WASHER HD | | 05/16/2022 | |
| | 83,200.000 | Piece | 1.10/100 | | 915.20 |
| 00030 | MA-T26315-060 | 600346214 SCREW #6 X .625 HEX WASHER HD | | 06/06/2022 | |
| | 83,200.000 | Piece | 1.10/100 | | 915.20 |

Total net value excl. tax  USD      2,745.60

**INVOICE**

4u0 1





150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1427347 | |
| Invoice Date | Page |
| 9/19/2022 | 1 of 1 |
| ORDER NUMBER | |
| | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics

Attn: Accounts Payable
**Customer ID:**   110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| Finance Charge | Due Immediately | 9/19/2022 | 9/19/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| | | Jessica Fisk | |

| Quantities | | | | | | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| Line # | Ordered | Shipped | Remaining | UOM | Disp. | | | | |

**Invoice Description:** Finance Charge

*Total Lines:* 0

| | |
|---|---|
| **SUB-TOTAL:** | 0.00 |
| **TAX:** | 0.00 |
| **Finance Charge:** | 1,294.62 |
| **AMOUNT DUE:** | **1,294.62** |
| | US Dollars |

\* \* \* *REPRINT* \* \* \*

12.12.1094 - 05/20/13

## 7a 01

# INVOICE



**nsk**

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1428569 | |
| Invoice Date | Page |
| 10/5/2022 | 1 of 2 |
| ORDER NUMBER | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable
**Customer ID:**   110502

| PO Number | | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|---|
| Multiple - PO numbers listed below | | Due Immediately | 10/5/2022 | 10/5/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| | | Jessica Fisk | | |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | 120,000 | 120,000 | 0 | EA | | PO 4500092810 MA-T26314-300 | EA | 0.530000 | 63,600.00 |
| | 96,000 | 96,000 | 0 | EA | | PO 4500092916 MA-T26315-100 | EA | 0.045200 | 4,339.20 |
| | 48,000 | 48,000 | 0 | EA | | PO 4500092917 MA-T26315-140 | EA | 0.029600 | 1,420.80 |
| | 24,000 | 24,000 | 0 | EA | | PO 4500092919 MA-T26323-570 | EA | 0.403000 | 9,672.00 |
| | 748,800 | 748,800 | 0 | EA | | PO 4500092958 MA-T26315-050 | EA | 0.016900 | 12,654.72 |
| | 224,640 | 224,640 | 0 | EA | | PO 4500092961 MA-T26315-190 | EA | 0.684000 | 153,653.76 |
| | 403,200 | 403,200 | 0 | EA | | PO 4500092961 MA-T26315-060 | EA | 0.014000 | 5,644.80 |
| | 253,440 | 253,440 | 0 | EA | | PO 4500092961 MA-T26315-040 | EA | 0.052800 | 13,381.63 |
| | 276,480 | 276,480 | 0 | EA | | PO 4500092961 MA-T26323-570 | EA | 0.334000 | 92,344.32 |
| | 384,000 | 384,000 | 0 | EA | | PO 4500093435 MA-T26315-100 | EA | 0.045200 | 17,356.80 |
| | 384,000 | 384,000 | 0 | EA | | PO 4500093436 MA-T26315-100 | EA | 0.045200 | 17,356.80 |

*ORIGINAL*

12.12.1094 - 05/20/13



EXHIBIT
C

# 7a 02



**INVOICE**

**nsk**

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1428569 | |
| Invoice Date | Page |
| 10/5/2022 | 2 of 2 |
| ORDER NUMBER | |
| | |

| Quantities | | | | | | Item ID | Pricing | Unit | Extended |
|---|---|---|---|---|---|---|---|---|---|
| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item Description | UOM | Price | Price |

Total Lines: *11*

**SUB-TOTAL:**    391,424.83

**TAX:**    0.00

**AMOUNT DUE:**    **391,424.83**

US Dollars

*ORIGINAL*

12.12.1094 – 05/20/13

**Sandra Kurt, Summit County Clerk of Courts**

# 3a0 1

---

### Purchase order

```
PO number/date
4500092810 / 02/14/2022
Contact person/Telephone
Nayeli Ramirez/6564195963



Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com
```

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

---

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

---

Terms of payment: WITHIN 60 DAYS DUE NET                    Currency USD

---

| Item | Material | Description | Deliv. date | |
|------|----------|-------------|-------------|--|
| | Order qty. | Unit | Price per unit | Net value |
| 00010 | MA-T26314-300 | 600347046 O'RING QD 3.625IDX.210-4342 DO | 12/12/2022 | **PENDING SHIPMENT** |
| | 60,000.000 | Piece | 5.30/10 | 31,800.00 |
| 00020 | MA-T26314-300 | 600347046 O'RING QD 3.625IDX.210-4342 DO | 10/10/2022 | **PENDING SHIPMENT** |
| | 60,000.000 | Piece | 5.30/10 | 31,800.00 |

---

Total net value excl. tax  USD                    63,600.00

# 3b0 1

```
┌─────────────────────────────────────────────────┐
│  Purchase order                                 │
├─────────────────────────────────────────────────┤
│  PO number/date                                 │
│  4500092916 / 03/11/2022                        │
│  Contact person/Telephone                       │
│  Nayeli Ramirez/6564195963                      │
│                                                 │
│                                                 │
│  Vendor-SAP : T24036                            │
│  Vendor-FAX :                                   │
│  Vendor-MAIL: burker@nskind.com                 │
└─────────────────────────────────────────────────┘
```

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:                          Bill to:
Tekmart Integrated Manufacturing Services / Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS  P.O. Box 17962
1455 Vanderbilt Dr                         El Paso, tx. 79917
El Paso, Texas 79935                       Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                    Currency USD

| Item | Material | Description | Deliv. date | | Net value |
| | Order qty. | Unit | Price per unit | | |
|---|---|---|---|---|---|
| 00010 | MA-T26315-100 | 600346726 SCREW #12X2" WSH HD-ZINC PT D | 008/03/2022 PENDING SHIPMENT | | |
| | 96,000.000 | Piece | 4.52/100 | | 4,339.20 |
| 00020 | MA-T26315-100 | 600346726 SCREW #12X2" WSH HD-ZINC PT D | 005/16/2022 SHIPPED | | |
| | 96,000.000 | Piece | 4.52/100 | | 4,339.20 |
| 00030 | MA-T26315-100 | 600346726 SCREW #12X2" WSH HD-ZINC PT D | 007/01/2022 SHIPPED | | |
| | 96,000.000 | Piece | 4.52/100 | | 4,339.20 |

Total net value excl. tax  USD                              13,017.60

# 3c0 1

<table>
<tr><td colspan="2"><b>Purchase order</b></td></tr>
<tr><td>

PO number/date
4500092917 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

</td></tr>
</table>

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                          Currency USD

| Item | Material | Description | | Deliv. date | |
|------|----------|-------------|------|-------------|-----------|
| | Order qty. | Unit | Price per unit | | Net value |
| 00010 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 08/03/2022 | PENDING SHIPMENT | |
| | 48,000.000 | Piece | 2.96/100 | | 1,420.80 |
| 00020 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 05/02/2022 | SHIPPED | |
| | 48,000.000 | Piece | 2.96/100 | | 1,420.80 |
| 00030 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 06/06/2022 | SHIPPED | |
| | 48,000.000 | Piece | 2.96/100 | | 1,420.80 |
| 00040 | MA-T26315-140 | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 07/01/2022 | SHIPPED | |
| | 48,000.000 | Piece | 2.96/100 | | 1,420.80 |

Total net value excl. tax  USD                                          5,683.20

# 3d0 1

| Purchase order |
| --- |

PO number/date
4500092919 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                              Currency USD

| Item | Material | Description | | Deliv. date | |
| --- | --- | --- | --- | --- | --- |
| | Order qty. | Unit | Price per unit | | Net value |
| 00010 | MA-T26323-570 | 700340148 WATER VALVE W/3 DOMETIC | | 07/01/2022 | SHIPPED |
| | 24,000.000 | Piece | 4.03/10 | | 9,672.00 |
| *** Item completely delivered *** | | | | | |
| 00020 | MA-T26323-570 | 700340148 WATER VALVE W/3 DOMETIC | | 07/01/2022 | SHIPPED |
| | 24,000.000 | Piece | 4.03/10 | | 9,672.00 |
| 00030 | MA-T26323-570 | 700340148 WATER VALVE W/3 DOMETIC | | 08/01/2022 | PENDING SHIPMENT |
| | 24,000.000 | Piece | 4.03/10 | | 9,672.00 |

Total net value excl. tax  USD                              29,016.00

# 3e0 1

## Purchase order

PO number/date
4500092958 / 03/24/2022
Contact person/Telephone
Nayeli Ramirez/6564195963


Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:                          Bill to:
Tekmart Integrated Manufacturing Services / Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS   P.O. Box 17962
1455 Vanderbilt Dr                          El Paso, tx. 79917
El Paso, Texas 79935                        Attn. Accounts Payable


Terms of payment: WITHIN 60 DAYS DUE NET                    Currency USD

| Item | Material | Description | Deliv. date | |
|------|----------|-------------|-------------|---|
| | Order qty. | Unit | Price per unit | Net value |
| 00010 | MA-T26315-050 | 600346171 SCREW #6X5/8PHIL PNHD HI/LO-SS 06/06/2022 | | |
| | 1,123,200.000 | Piece | 1.69/100 | 18,982.08 |

Shipped 187,200 on 6/14

Shipped 187,200 on 6/29

Total net value excl. tax USD    748,800 PENDING SHIPMENT   18,982.08

**3f0 1**

| **Purchase order** |
|---|
| PO number/date |
| 4500092961 / 03/24/2022 |
| Contact person/Telephone |
| Nayeli Ramirez/6564195963 |
| |
| Vendor-SAP : T24036 |
| Vendor-FAX : |
| Vendor-MAIL: burker@nskind.com |

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:                          Bill to:
Tekmart Integrated Manufacturing Services / Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS  P.O. Box 17962
1455 Vanderbilt Dr                          El Paso, tx. 79917
El Paso, Texas 79935                        Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                              Currency USD

| Item | Material | Description | Deliv. date | Net value |
|---|---|---|---|---|
| | Order qty. | Unit | Price per unit | |
| 00010 | MA-T26315-190 | 700340115 HARDWARE KIT MTG 1-1/2" TBOLT | 08/01/2022 | PENDING SHIPMENT |
| | 224,640.000 | Piece | 6.84/10 | 153,653.76 |
| 00020 | MA-T26315-060 | 600346214 SCREW #6 X .625 HEX WASHER HD | 08/01/2022 | PENDING SHIPMENT |
| | 403,200.000 | Piece | 1.40/100 | 5,644.80 |
| 00030 | MA-T26315-040 | 600343584 SCREW #10 X 5/8 PAN PHL SS DOM | 08/01/2022 | PENDING SHIPMENT |
| | 253,440.000 | Piece | 5.28/100 | 13,381.63 |
| 00040 | MA-T26323-570 | 700340148 WATER VALVE W/3 DOMETIC | 08/01/2022 | PENDING SHIPMENT |
| | 276,480.000 | Piece | 3.34/10 | 92,344.32 |

                         Total net value excl. tax USD                265,024.51

# 3g0 1

<table>
<tr><td colspan="2"><b>Purchase order</b></td></tr>
<tr><td colspan="2">PO number/date<br>4500093435 / 07/25/2022<br>Contact person/e-mail<br>Nayeli Ramirez/Nayeli.Ramirez@tekmartims.com</td></tr>
<tr><td colspan="2">Vendor-SAP : T24036<br>Vendor-FAX :<br>Vendor-MAIL: burker@nskind.com</td></tr>
</table>

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET        Currency USD

| Item | Material | Description | | Deliv. date | Net value |
|------|----------|-------------|------|-------------|-----------|
| | Order qty. | Unit | Price per unit | | |
| 00010 | MA-T26315-100 | 600346726 SCREW #12X2" WSH HD-ZINC PT D0 | | 12/05/2022 | PENDING SHIPMENT |
| | 96,000.000 | Piece | 4.52/100 | | 4,339.20 |
| 00020 | MA-T26315-100 | 600346726 SCREW #12X2" WSH HD-ZINC PT D0 | | 09/05/2022 | PENDING SHIPMENT |
| | 96,000.000 | Piece | 4.52/100 | | 4,339.20 |
| 00030 | MA-T26315-100 | 600346726 SCREW #12X2" WSH HD-ZINC PT D0 | | 10/03/2022 | PENDING SHIPMENT |
| | 96,000.000 | Piece | 4.52/100 | | 4,339.20 |
| 00040 | MA-T26315-100 | 600346726 SCREW #12X2" WSH HD-ZINC PT D0 | | 11/07/2022 | PENDING SHIPMENT |
| | 96,000.000 | Piece | 4.52/100 | | 4,339.20 |

Total net value excl. tax  USD       17,356.80

# 3h0 1

## Purchase order

PO number/date
4500093436 / 07/25/2022
Contact person/e-mail
Nayeli Ramirez/Nayeli.Ramirez@tekmartims.com


Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                    Currency USD

| Item | Material | Description | Deliv. date | |
|------|----------|-------------|-------------|---|
| | Order qty. | Unit | Price per unit | Net value |
| 00010 | MA-T26315-100 | 600346726 SCREW #12X2" WSH HD-ZINC PT D004/03/2023 | PENDING SHIPMENT | |
| | 96,000.000 | Piece | 4.52/100 | 4,339.20 |
| 00020 | MA-T26315-100 | 600346726 SCREW #12X2" WSH HD-ZINC PT D001/09/2023 | PENDING SHIPMENT | |
| | 96,000.000 | Piece | 4.52/100 | 4,339.20 |
| 00030 | MA-T26315-100 | 600346726 SCREW #12X2" WSH HD-ZINC PT D002/06/2023 | PENDING SHIPMENT | |
| | 96,000.000 | Piece | 4.52/100 | 4,339.20 |
| 00040 | MA-T26315-100 | 600346726 SCREW #12X2" WSH HD-ZINC PT D003/06/2023 | PENDING SHIPMENT | |
| | 96,000.000 | Piece | 4.52/100 | 4,339.20 |

Total net value excl. tax  USD                                17,356.80



**ROETZEL**
ROETZEL & ANDRESS, A LEGAL PROFESSIONAL ASSOCIATION

222 South Main Street
Akron, OH 44308
DIRECT DIAL 330.849.6713
PHONE 330.376.2700 FAX 330.376.4577
jrutter@ralaw.com

WWW.RALAW.COM

October 6, 2022

*VIA FEDERAL EXPRESS AND*
*REGULAR U.S. MAIL*

Tekmart Integrated Manufacturing
Services Limited
Attn: Bipin Napal, President
1455 Vanderbilt Drive
El Paso, TX 79935

*VIA FEDERAL EXPRESS AND*
*REGULAR U.S. MAIL*

Tekmart Integrated Manufacturing
Services Limited
Attn: Ron Myers, Finance Controller
1455 Vanderbilt Drive
El Paso, TX 79935

Re:   *Breach Of Agreement Entered Into By And Between NSK*
*Industries, Inc. And Tekmart Integrated Manufacturing Services*
*Limited and Request For Full Payment Of Outstanding Balances*

Dear Messrs. Napal and Myers:

This letter is to confirm the outstanding amounts due NSK Industries, Inc. ("NSK") under the Purchase Orders, including NSK's Standard Terms & Conditions of Sale (collectively "Agreement"), entered into by and between Tekmart Integrated Manufacturing Services Limited ("Tekmart") and NSK. This letter is also to formally request compliance with full payment of all outstanding balances due under the Agreement and to make arrangements to accept delivery of goods that NSK has ordered and paid for that await shipment to Tekmart under the Agreement.

NSK and Tekmart entered into the formal Agreement, consisting of a series of Tekmart purchase orders and NSK invoices, commencing on or about February 14, 2022. The Agreement provided that NSK was to deliver to Tekmart certain goods, namely in the form of fasteners, and Tekmart was to pay all invoices within net sixty (60) days of the delivery date. A copy of the Agreement, including NSK's Standard Terms & Conditions of Sale, is attached hereto as Exhibit "A." Despite having accepted delivery of goods from NSK, Tekmart has failed and refused to pay for the same. Copies of all past-due invoices (the "Past-Due Invoices") are included with Exhibit "A" and an aged receivable report totaling the delinquency is attached hereto at Exhibit "B."

Despite Tekmart's failure to pay for the delivery of goods in a timely fashion, as required by the Agreement, NSK has further delivered and substantially performed its obligations under the Agreement. In accordance with the Agreement, NSK has invoked the interest-bearing provision that permits NSK to charge interest on late invoices at the rate of 1/20 of 1% per day until fully paid. This interest charge is represented on the current outstanding invoice as a



**EXHIBIT**
D

tactical Advice. Real Solutions.
That's the Roetzel way.    **ralaw.com**

October 6, 2022
Page 2

"finance charge." A copy of the current outstanding invoice representing the monies due and owed for the goods already delivered to Tekmart ("Finance Charge Invoice"), is attached hereto as Exhibit "C." These finance charges will continue to accrue each day that Tekmart remains in default of its obligations under the Agreement. The finance charges as evidenced in Exhibit "C" merely reflect the current interest as of September 19, 2022.

Pursuant to the Agreement, NSK specifically notified Tekmart that most of the products it offers for sale are obtained from several supply sources and that such products are often unique and specific to the buyer's, in this case Tekmart's, needs. In this case, many of the products that were ordered by Tekmart are unique and cannot be reasonably resold on the open market. As evidenced by the outstanding invoice for goods and materials that NSK ordered and currently has in its possession and for which NSK has already committed to purchase from its suppliers to fulfill its obligations to Tekmart under the agreement (the "Inventoried Goods Invoice"), NSK has incurred substantial costs in performing its part of the bargain under the Agreement. A copy of the Inventoried Goods Invoice is attached hereto as Exhibit "D."

As you know, NSK has made repeated efforts to obtain payment on the Past-Due Invoices and to coordinate delivery to Tekmart of the Inventoried Goods, but those efforts have been refused. As a result, NSK has been forced to obtain legal representation. NSK agrees to make delivery of the Inventoried Goods that are in NSK's possession or that NSK has committed to purchasing, provided that Tekmart tenders cash payment in advance of delivery by the date outlined below. Pursuant to the Agreement, NSK has the authority, in its sole discretion, to modify the payment terms from sixty (60) days after delivery of the goods to cash payment in advance of delivery, given the questionable nature of Tekmart's credit worthiness.

As such, NSK demands full and immediate payment of both the Past-Due Invoices, the Finance Charge Invoice, and the Inventoried Goods Invoice. A summary of the outstanding balances, as of September 19, 2022, is as follows:

| | | |
|---|---|---|
| **Past-Due Invoices:** | $137,831.59 | (see Exhibit B) |
| **Finance Charge Invoice:** | $ 1,294.62 | (see Exhibit C) |
| **Inventoried Goods Invoice:** | $391,424.83 | (see Exhibit D) |
| **Total:** | $530,551.04 | |

If NSK does not receive full payment of $530,551.04, it will have no choice but to pursue formal litigation to recover same. In this regard, NSK is providing Tekmart one (1) week, through _October 13, 2022_, to become current on the outstanding balances through cash payment in full of $530,551.04. If NSK does not receive full payment in accordance with the time constraints set forth above, it will file a lawsuit against Tekmart to recover the damages on or after October 14, 2022.

Because formal litigation is now contemplated, NSK demands that you retain all documentation and items relating to the Agreement and this dispute.

October 6, 2022
Page 3

I look forward to your prompt payment **no later than October 13, 2022 at 4:00 p.m. Eastern time.**

Very truly yours,

ROETZEL & ANDRESS, LPA

John J. Rutter

Encls.

cc:   S. Horgan

JJR

18918060 _1 106525.0017

**Lawrence, Laura**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, October 7, 2022 3:22 PM |
| **To:** | Lawrence, Laura |
| **Subject:** | FedEx Shipment 278838843654: Your package has been delivered |

# EXTERNAL:



# Hi. Your package was delivered Fri, 10/07/2022 at 1:15pm.

Delivered to 1455 VANDERBILT DR, EL PASO, TX 79935
Received by J.RUBALCABA

**OBTAIN PROOF OF DELIVERY**

## Personal Message

PSShip eMail Notification

1

| TRACKING NUMBER | 278838843654 |
| --- | --- |
| FROM | Roetzel & Andress |
| | 222 South Main Street |
| | Suite 400 |
| | Akron, OH, US, 44308 |
| TO | Tekmart Integrated Manufacturing |
| | Ron Myers, Finance Cont |
| | 1455 VANDERBILT DR |
| | EL PASO, TX, US, 79935 |
| REFERENCE | 106525.0017.0901 |
| SHIPPER REFERENCE | 106525.0017.0901 |
| SHIP DATE | Thu 10/06/2022 05:43 PM |
| DELIVERED TO | Receptionist/Front Desk |
| PACKAGING TYPE | FedEx Envelope |
| ORIGIN | Akron, OH, US, 44308 |
| DESTINATION | EL PASO, TX, US, 79935 |
| SPECIAL HANDLING | Deliver Weekday |
| | ASR |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 1.00 LB |
| SERVICE TYPE | FedEx Standard Overnight |

# Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more

2

from the palm of your hand
- **Download now**.


# This tracking update has been requested by:

|                    |                    |
|-------------------:|:-------------------|
| **Company name:**  | Roetzel & Andress  |
| **Name:**          | John Rutter        |
| **Email:**         | jrutter@ralaw.com  |

---

**FOLLOW FEDEX**


Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:21 PM CDT 10/07/2022.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2022 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

3

**Lawrence, Laura**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, October 7, 2022 3:23 PM |
| **To:** | Lawrence, Laura |
| **Subject:** | FedEx Shipment 278838677646: Your package has been delivered |

# EXTERNAL:



# Hi. Your package was delivered Fri, 10/07/2022 at 1:15pm.

Delivered to 1455 VANDERBILT DR, EL PASO, TX 79935
Received by J.RUBALCABA

**OBTAIN PROOF OF DELIVERY**

## Personal Message

PSShip eMail Notification

1

| | |
|---|---|
| TRACKING NUMBER | <u>278838677646</u> |
| FROM | Roetzel & Andress |
| | 222 South Main Street |
| | Suite 400 |
| | Akron, OH, US, 44308 |
| TO | Tekmart Integrated Manufacturing |
| | Bipin Napal, President |
| | 1455 VANDERBILT DR |
| | EL PASO, TX, US, 79935 |
| REFERENCE | 106525.0017.0901 |
| SHIPPER REFERENCE | 106525.0017.0901 |
| SHIP DATE | Thu 10/06/2022 05:43 PM |
| DELIVERED TO | Receptionist/Front Desk |
| PACKAGING TYPE | FedEx Envelope |
| ORIGIN | Akron, OH, US, 44308 |
| DESTINATION | EL PASO, TX, US, 79935 |
| SPECIAL HANDLING | ASR |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 1.00 LB |
| SERVICE TYPE | FedEx Standard Overnight |

# Get the FedEx®
# Mobile app

Create shipments, receive tracking
alerts, redirect packages to a FedEx
retail location for pickup, and more
from the palm of your hand
- **Download now**.

*Sandra Kurt, Summit County Clerk of Courts*

## This tracking update has been requested by:

| | |
|---|---|
| **Company name:** | Roetzel & Andress |
| **Name:** | John Rutter |
| **Email:** | jrutter@ralaw.com |

---

**FOLLOW FEDEX**

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:23 PM CDT 10/07/2022.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2022 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

*Sandra Kurt, Summit County Clerk of Courts*

## NSK Industries, Inc. Standard Terms & Conditions of Sale

ANY DIFFERENT OR ADDITIONAL TERM, WHETHER OR NOT MATERIAL, PROPOSED BY THE BUYER IN ANY PURCHASE ORDER OR OTHERWISE IS HEREBY OBJECTED TO. THIS IS NOT AN ACCEPTANCE OF ANY PRIOR OFFER, NOR IS IT A CONFIRMATION OF ANY PRIOR ORAL DISCUSSION. NSK Industries, Inc., herein referred to as the "Company," will sell to the Buyer the product described in i a product quotation, subject, however, to the following terms and conditions:

1. **ACCEPTANCE:** Acceptance by the Company of the Buyer's order is expressly conditioned upon Buyer's agreement to all of the terms and conditions set forth herein and any inconsistent or additional terms contained in the Buyer's purchase order, purchase conduct or other document are hereby rejected. The terms, conditions, specifications and quantities as stated in the Company's product quotation shall not be modified otherwise in a writing executed on behalf of the Buyer and the Company.

2. **PRICES AND TAXES:** The prices quoted by the Company will remain firm for a period of thirty (30) days, after which period the Company may change the same without notice. Therefore, if the placing of an order has been delayed beyond such time, the Buyer should obtain confirmation of prices prior to submitting an order. The Company reserves the right to revise catalog information at any time, without notice and it will not be responsible for any price errors contained therein.

Unless otherwise stated herein, prices quoted are F.O.B. the Company's facility, 150 Aston Parkway, Cuyahoga Falls, Ohio 44223. The amount of any local, State or Federal tax levied on the products referred to herein shall be added to the amount paid by and consist the sole responsibility of the Buyer. All invoices are payable within thirty (30) days of the delivery date. If the Buyer pays within ten (10) days of the delivery date, a one percent (1%) discount will be granted, provided that all other invoices have been paid in full. All invoices not paid in accordance with the terms of payment herein stated shall bear interest from the due date at the rate of 1/20 of 1% per day until paid. The Company reserves the right to revise the due-date payment terms if at any time the Company, acting in its sole discretion, deems the credit worthiness of the Buyer to be in question. The Buyer shall pay, to the extent permitted by law, all reasonable costs and expenses, including attorney fees and costs incurred by the Company in connection with any collection action for the payment of the amounts due herein.

If the products covered hereby are to be delivered to the Buyer over a specific period of time referred to the order date, or if the Buyer orders a specific quantity or estimated quantity of products based on an estimated need, the Buyer shall accept shipment of and pay for all products stated or estimated in such order and such payment shall be made in accordance with this Section 2 above, and in any event, on or before the end of each specified period of time, if any.

3. **PACKAGING:** All products shipped in one-way containers (barrels, canisters, packs, bags, cartons, etc.) shall become the property of the Buyer and shall not be returned to Company but property disposed of by Buyer. All products shipped in returnable containers are the property of the Company are the Buyer shall return any such containers to the Company. Buyer shall be liable for the failure to return such containers. Goods in containers are invoiced at their net weight.

4. **DELIVERY:** Any dates or schedules which may be specified for the delivery of the products covered hereby have been stated only approximately and are estimated from the date of receipt of the Buyer's order, with complete specifications and other information reasonably requested by the Company in order to proceed with the manufacture of the products and the Company shall not incur any liability, either direct or indirect, nor shall any order be cancelled, because or as a result of any delays in meeting such dates or schedules. Company reserves the right to satisfy delivery of the products through partial delivery and part performance.

5. **FORCE MAJEURE:** The Company shall in no event be responsible or liable for any delays or failures in manufacture or delivery due to any cause or condition beyond the control of the Company, including, without limiting the generality of the foregoing, strikes or other labor difficulties, fire, floods, inability to secure transportation facilities, actions of the elements, shortage of materials or equipment, riots or other civil commotion, and war.

6. **PRODUCT SELECTION AND SUITABILITY:** Most products offered by the Company are obtained from several supply sources and the Company uses commercially reasonable efforts to ensure the quality of those supply sources and the products offered. As these products are dynamic and versatile, the Company shall not be responsible for how the products are used or installed and the product's conformance to local or regional codes or regulations. The Buyer should review the product's application, and the relevant code, regulations or ordinances, to be certain that the product, its installation, etc. use will satisfy these requirements. IN NO EVENT SHALL THE COMPANY BE RESPONSIBLE FOR ANY LOSS OR DAMAGE ARISING OUT OF THE BUYER'S IMPROPER SELECTION, MISAPPLICATION OR MISUSE OF A PRODUCT.

7. **LIMITED WARRANTY:** The Company will replace any of the products which fail to meet the applicable specifications within six (6) months from date of shipment upon return of the same at the Buyer's expense, provided that the Company's warranty shall extend only to the original purchaser from the Company, provided further the Buyer notifies the Company in writing within thirty (30) days after the Buyer is aware of any such defect, and provided, finally, that the Company shall in no event be responsible for the cost of labor or other charges incurred by the Buyer in returning any of the products to the Company for replacement. No return shall be made without prior written consent of the Company. The Company shall not be liable for repair or replacement under this paragraph for any product defect resulting from the misuse, improper selection or misapplication of the product.

8. **MANUFACTURER WARRANTY:** The products sold by the Company may be warranted to the Buyer by the manufacturer. The Company is not responsible or obligated to enforce the warranties extended by the manufacturer to the Buyer, but will use commercially reasonable efforts to assist the Buyer in obtaining or verifying any such warranty information. The Company may distribute literature or sales materials of the manufacturer, but assumes no responsibility for the content of such literature or materials.

9. **EXCLUSION OF OTHER WARRANTIES:** EXCEPT FOR THE EXPRESS WARRANTY SET FORTH ABOVE, THERE ARE NO WARRANTIES, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, WHICH APPLY TO THE PRODUCTS. NO WARRANTIES OR REPRESENTATIONS AT ANY TIME MADE BY ANY REPRESENTATIVE OF THE COMPANY SHALL BE EFFECTIVE TO VARY OR EXPAND THIS ABOVE-REFERENCED EXPRESS WARRANTY OR OTHER TERMS HEREOF.

10. **LIABILITY LIMITATION:** In no event shall the Company be liable to the Buyer or to any third party for consequential, incidental or special damages resulting from or in any manner related to the products, their design, use, or any liability to use the same, including, without limitation, damages arising out of or in any manner relating to the delivery of the products or any delay with respect to their delivery, it being understood that the sole and exclusive remedy of the Buyer or any third party shall be the replacement of defective products pursuant to the "WARRANTY" provisions hereinbefore contained. IN NO EVENT SHALL THE MEASURE OF DAMAGES EXCEED THE PURCHASE PRICE PAID FOR THE PRODUCTS. Should the products prove to defective, however, as to preclude the remedying of warranted defects by replacement, the Buyer's sole and exclusive remedy shall be the refund of the purchase price upon its return of the products to the Company.

11. **CANCELLATION OR CHANGES OF ORDERS:** No orders may be withdrawn or cancelled by the Buyer, nor may they be deferred when ready, unless the Company shall first be paid a cancellation or deferral charge of a reasonable amount acceptable to the Company. In the event the Buyer shall request reasonable changes in its order after receipt thereof by the Company, the Buyer shall be responsible for all charges reasonably warranted by the Company with respect to such changes. In no event shall the Buyer request unreasonable changes with respect to any of the terms of any order, including but not limited to changes with respect to quantity and delivery dates. The reasonableness of a requested change shall be solely determined by the Company using its reasonable discretion.

12. **RETURN OF MERCHANDISE:** With the Company's prior written consent and at the request of the Buyer in have defect-free merchandise returned, the Buyer shall return any allowed product in the original package and in a non-objectionable condition. Opened containers, perishable products, special products and individual components of multi-component products will not be accepted. For returned merchandise, the Buyer may request a maximum credit of up to eighty percent (80%) of the invoice amount.

13. **NO PROTECTION FROM CLAIM OF INFRINGEMENT:** The Company makes no representation or warranty that the delivery or subsequent use of the products ordered shall be free of the claim of any third party by way of infringement.

14. **SECURITY INTEREST:** The Buyer grants to the Company a purchase money security interest in the products covered hereby and any proceeds thereof resulting from the resale of the products until full payment is received, with respect to any sales on open account. The Buyer hereby authorizes the Company to file any and all documents to establish and maintain such security interest.

15. **APPLICABLE LAW:** The terms and conditions applicable to the transaction provided for herein shall be determined and construed in accordance with, and shall be governed by, the laws of the State of Ohio without giving effect to its choice of law principles and the Buyer and the Company agree to submit to the jurisdiction of the appropriate State or Federal Court within Ohio for purposes of resolving any dispute or claim arising in connection with said transaction.

12.12.1072 04/29/2013


EXHIBIT
A

# INVOICE



4a0 1

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1420482 | |
| Invoice Date | Page |
| 6/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350719 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17952
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso, TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID:   110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092958 | NET 60 | 8/13/2022 | 8/13/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/29/2022 14: 6:53 | 1430169 | Jessica Fisk | FISKJ |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|

**Delivery Instructions:** 14 box 426 lbs
**Carrier:** Will Call         **Tracking #:** 01081598

| Line # | Ordered | Shipped | Remaining | UOM | Disp | Item ID / Description | | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 187,200 | 187,200 | 0 | EA | | 6N62HIL4 | | EA | 0.022900 | 4,286.88 |
| | | | | | | #6 x 5/3 Phil Pan HI-LO Sc 410 SST | | | | |
| | | | | | | Ordered As: MA-T56315-050 | | | | |
| | | | | | | Lot Number: 393959 | Qty: 100,361 EA | | | |
| | | | | | | Lot Number: 409333 | Qty: 8,740 EA | | | |
| | | | | | | Lot Number: 409337 | Qty: 78,099 EA | | | |

**Total Lines:** 1

| | |
|---|---|
| **SUB-TOTAL:** | 4,286.88 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | 4,286.88 |
| | US Dollars |

\* \* \* REPRINT \* \* \*

12.12.1094 - 05/20/13

# 4a0 2

## Purchase order

PO number/date
4500092958 / 03/24/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de AL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                     Currency USD

| Item | Material | Description | Deliv. date | |
|------|----------|-------------|-------------|---|
| | Order qty. | Unit | Price per unit | Net value |
| 00010 | MA-T26315-050 | 600346171 SCREW #6X5/8PHIL PNHD HI/LO-SS | 06/06/2022 | |
| | 1,123,200.000 | Piece | 1.65/100 | 18,532.00 |

Total net value excl. tax USD                               18,532.00

**4b0 1**

# INVOICE





| INVOICE | |
|---|---|
| 1420483 | |
| Invoice Date | Page |
| 6/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350077 | |

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID:    110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092917 | NET 60 | 8/13/2022 | 8/13/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/22/2022 10:50:30 | 1429728 | Ryan Burke | FISKJ |

| Line # | Quantities | | | | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | UOM | | | | | |

**Delivery Instructions:**  2 box 54lbs
**Carrier:**  Will Call                                    **Tracking #:** 01081598

| Line # | Ordered | Shipped | Remaining | UOM | | | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 48,000 | 16,000 | 0 | EA | | 600347399<br>#64 Latex Free Orange Rubber Band | EA | 0.029600 | 473.60 |

Per Drawing;    REACH  Cert  Required.    400
pc/bag.  25 bags/box.

Revision Level:  A
Blue Print Number:  347099
Engineering Change Number:
Ordered As:  MA-T25315-140
Lot Number:  413355        Qty:   16,000    EA

Total Lines:  1

| | |
|---|---|
| **SUB-TOTAL:** | 473.60 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | 473.60 |
| | US Dollars |

* * * REPRINT * * *

12.12.1094 - 05/20/13

# 4b0 2

**Purchase order**

PO number/date
4500002917 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burkar@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:                          Bill to:
Tekmart Integrated Manufacturing Services /   Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS    P.O. Box 17562
1455 Vanderbilt Dr                          El Paso, tx. 79917
El Paso, Texas 79935                         Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                        Currency USD

| Item | Material | Description | Deliv. date | Net value |
|------|----------|-------------|-------------|-----------|
| | Order qty. | Unit | Price per unit | |
| 00010 | MA-T26315-140 | 6C0347099 BAND RUB'R 3.5"X.25"LATEX FREE | 08/03/2022 | |
| | 48,000.000 | Piece | 2.85/100 | 1,368.00 |
| 00020 | MA-T26315-140 | 6C0347099 BAND RUB'R 3.5"X.25"LATEX FREE | 05/02/2022 | |
| | 48,000.000 | Piece | 2.85/100 | 1,368.00 |
| 00030 | MA-T26315-140 | 6C0347099 BAND RUB'R 3.5"X.25"LATEX FREE | 06/06/2022 | |
| | 48,000.000 | Piece | 2.85/100 | 1,368.00 |
| 00040 | MA-T26315-140 | 6C0347099 BAND RUB'R 3.5"X.25"LATEX FREE | 07/01/2022 | |
| | 48,000.000 | Piece | 2.85/100 | 1,368.00 |

Total net value excl. tax USD                                   5,472.00



# 4c0 1

## INVOICE

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112



| INVOICE | |
|---|---|
| 1420484 | |
| Invoice Date | Page |
| 6/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1349462 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable
Customer ID:    110502

Ordered By: Nayeli Ramirez

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092912 | NET 60 | 8/13/2022 | 8/13/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/15/2022 10:10:28 | 1429148 | Ryan Burke | FISKJ |

| Line | Quantities Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|

**Delivery Instructions:**  7 box 241 lbs
**Carrier:**  Will Call                          **Tracking #:** 01081598

| 3 | 30,000 | 19,000 | 0 | EA | | .6C35S3SS | EA | 0.092600 | 1,759.40 |
|---|---|---|---|---|---|---|---|---|---|

M6-1.0 x 35 Socket Set Screw with Cup
Point, DIN 619/ISO4029 - 18/8 Stainless Steel
**Ordered As:** MA-T25315-110
**Lot Number:** 410040        **Qty:** 19,000        EA

**Total Lines:**  1

|  | |
|---|---|
| **SUB-TOTAL:** | 1,759.40 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | 1,759.40 |
|  | US Dollars |

* * * *REPRINT* * * *
12.12.1094 - 05/20/13

# 4c0 2

### Purchase order

PO number/date
4500092912 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564135963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

**Please deliver to:**
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

**Bill to:**
Tekmart Integrated Manufacturing Services
P.O. Box 17562
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET

Currency USD

| Item | Material Order qty. | Unit | Description | Price per unit | Deliv. date | Net value |
|------|---------------------|------|-------------|----------------|-------------|-----------|
| 00010 | MA-T26315-110 30,000.000 | Piece | 6C0346728 SCREW SET CUP PT M6X35MM-SS D | 7.93/100 | 06/06/2022 | 2,379.00 |
| 00020 | MA-T26315-110 30,000.000 | Piece | 6C0346728 SCREW SET CUP PT M6X35MM-SS D | 7.93/100 | 04/25/2022 | 2,379.00 |
| 00030 | MA-T26315-110 30,000.000 | Piece | 6C0346728 SCREW SET CUP PT M6X35MM-SS D | 7.93/100 | 05/02/2022 | 2,379.00 |

Total net value excl. tax USD                    7,137.00

# INVOICE



**4d0 1**

| INVOICE | |
|---|---|
| 1420485 | |
| Invoice Date | Page |
| 6/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1349462 | |

150 Ascot Parkway
P.O. Box 1080
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17952
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID:    110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092912 | NET 60 | 8/13/2022 | 8/13/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/15/2022 10:10:28 | 1429339 | Ryan Burke | FISKJ |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | **Quantities** | | | | | | | |
| 3 | 30,000 | 11,000 | 0 | EA. | | .6C35SSSS | EA | 0.092600 | 1,018.60 |
| | | | | | | M6-1.0 x 35 Socket Set Screw with Cup | | | |
| | | | | | | Point, DIN 619/ISO4029 - 18/8 Stainless Steel | | | |

**Delivery Instructions:** 4 box 140 lbs
**Carrier:** Will Call      **Tracking #:** 01081598

Ordered As: MA-T26315-110
Lot Number: 41004C    Qty:    11,000    EA

Total Lines: 1

| | |
|---|---|
| **SUB-TOTAL:** | 1,018.60 |
| **TAX :** | 0.00 |
| **AMOUNT DUE:** | 1,018.60 |
| | US Dollars |

\* \* \* REPRINT \* \* \*

12,12,1094 - 05/28/13

*Sandra Kurt, Summit County Clerk of Courts*

# 4d0 2

| Purchase order |
| --- |
| PO number/date<br>4500052912 / 03/11/2022<br>Contact person/Telephone<br>Nayeli Ramirez/6561195963 |
| Vendor-SAP : T24036<br>Vendor-FAX :<br>Vendor-MAIL: burker@nskind.com |

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET          Currency USD

| Item | Material<br>Order qty. | Unit | Description | Deliv. date<br>Price per unit | Net value |
| --- | --- | --- | --- | --- | --- |
| 00010 | MA-T26315-110<br>30,000.000 | Piece | 6C0346728 SCREW SET CUP PT M6X35MM-SS D | 06/06/2022<br>7.93/100 | 2,379.00 |
| 00020 | MA-T26315-110<br>30,000.000 | Piece | 6C0346728 SCREW SET CUP PT M6X35MM-SS D | 04/25/2022<br>7.93/100 | 2,379.00 |
| 00030 | MA-T26315-110<br>30,000.000 | Piece | 6C0346728 SCREW SET CUP PT M6X35MM-SS D | 05/02/2022<br>7.93/100 | 2,379.00 |

Total net value excl. tax USD          7,137.00

4e0 1

# INVOICE



150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112



| INVOICE | |
|---|---|
| 1420486 | |
| Invoice Date | Page |
| 6/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350077 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID:    110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092917 | NET 60 | 8/13/2022 | 8/13/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/22/2022 10:50:30 | 1429665 | Ryan Burke | FISKJ |

| Line # | Quantities | | | | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | UOM | | | | | |

**Delivery Instructions:**  1 box 27 lbs
**Carrier:**  Will Call                                    **Tracking #:** 01081598

| 2 | 48,000 | 10,000 | 0 | EA | | 600347099 | EA | 0.029600 | 296.00 |
| | | | | | | #64 Latex Free Orange Rubber Band | | | |

Per Drawing;    REACH  Cert  Required.    400
pc/bag.  25 bags/box.

**Revision Level:** A
**Blue Print Number:** 347099
**Engineering Change Number:**
**Ordered As:** MA-T25315-140
**Lot Number:** 413355    **Qty:**  10,000    EA

**Total Lines:**  1

| | |
|---|---|
| **SUB-TOTAL:** | 296.00 |
| **TAX :** | 0.00 |
| **AMOUNT DUE:** | 296.00 |
| | US Dollars |

* * * *REPRINT* * * *

12,12,1094 - 05/20/13

## 4e0 2

**Purchase order**

PO number/date
4500052517 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564155963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:                        Bill to:
Tekmart Integrated Manufacturing Services /   Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS      P.O. Box 17362
1455 Vanderbilt Dr                             El Paso, tx. 79917
El Paso, Texas 79935                           Attn. Accounts Payable


Terms of payment: WITHIN 60 DAYS DUE NET                        Currency USD

| Item | Material Order qty. | Unit | Description | Deliv. date Price per unit | Net value |
|------|------|------|------|------|------|
| 00010 | MA-T26315-140 | | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 08/03/2022 | |
| | 48,000.000 | Piece | | 2.85/100 | 1,368.00 |
| 00020 | MA-T26315-140 | | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 05/02/2022 | |
| | 48,000.000 | Piece | | 2.85/100 | 1,368.00 |
| 00030 | MA-T26315-140 | | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 06/06/2022 | |
| | 48,000.000 | Piece | | 2.85/100 | 1,368.00 |
| 00040 | MA-T26315-140 | | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 07/01/2022 | |
| | 48,000.000 | Piece | | 2.85/100 | 1,368.00 |

Total net value excl. tax USD                                   5,472.00

4f0 1



# INVOICE



| INVOICE | |
|---|---|
| 1420487 | |
| Invoice Date | Page |
| 6/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1349313 | |

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID:    110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092913 | NET 60 | 8/13/2022 | 8/13/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/14/2022 06:34:03 | 1430049 | Ryan Burke | FISKJ |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Delivery Instructions:** 4 box 126 lbs | | | |
| | | | | | | **Carrier:** Will Call    **Tracking #:** 01081598 | | | |
| 2 | 24,000 | 24,000 | 0 | EA | | 10N62SMSS #10 x 5.8" Phillips Pan Head Sheet Metal Screw, Type A - 18/8 Stainless Steel (Dimensionally Per ASME B18.6.3) | EA | 0.052800 | 1,267.20 |
| | | | | | | *Ordered As:* MA-T25315-040 | | | |
| | | | | | | *Lot Number:* 411218    *Qty:* 14,421    EA | | | |
| | | | | | | *Lot Number:* 413803    *Qty:* 9,579    EA | | | |

Total Lines: 1

| | |
|---|---|
| **SUB-TOTAL:** | 1,267.20 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | 1,267.20 |
| | US Dollars |

* * * *REPRINT* * * *

12.12.1094 - 05/20/13

# 4f0 2

| Purchase order | |
|---|---|
| **PO number/date** | |
| 4500052913 / 03/11/2022 | |
| **Contact person/Telephone** | |
| Nayeli Ramirez/6564185963 | |
| **Vendor-SAP** : T24036 | |
| **Vendor-FAX** : | |
| **Vendor-MAIL**: burker@nskind.com | |

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17562
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                    Currency USD

| Item | Material | Description | | Deliv. date | |
|---|---|---|---|---|---|
| | Order qty. | Unit | Price per unit | | Net value |
| 00010 | MA-T26315-040 | 600343584 SCREW #10 X 5/8 PAN PHL SS DOM | 07/01/2022 | | |
| | 24,000.000 | Piece | 4.08/100 | | 979.20 |
| 00020 | MA-T26315-040 | 600343584 SCREW #10 X 5/8 PAN PHL SS DOM | 05/02/2022 | | |
| | 24,000.000 | Piece | 4.08/100 | | 979.20 |
| 00030 | MA-T26315-040 | 600343584 SCREW #10 X 5/8 PAN PHL SS DOM | 06/06/2022 | | |
| | 24,000.000 | Piece | 4.08/100 | | 979.20 |

Total net value excl. tax USD                    2,937.60

# 4g0 1





# INVOICE

| INVOICE | |
|---|---|
| 1420488 | |
| Invoice Date | Page |
| 6/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1344626 | |

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17952
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable                    Ordered By: Nayeli Ramirez

Customer ID:   110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092634 | NET 60 | 8/13/2022 | 8/13/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 1/11/2022 11:14:14 | 1428861 | Ryan Burke | FISKJ |

| Line # | Quantities | | | | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | UOM | | | | | |

*Delivery Instructions:*  4 box 38 lbs
*Carrier:*  Will Call          *Tracking #:* 01081598

| 3 | 70,000 | 70,000 | 0 | EA | | 6N62HIL4 | EA | 0.016900 | 1,183.00 |
| | | | | | | #6 x 5/8 Phil Pan HI-LO Sc 410 SST | | | |

*Ordered As:*  MA-T26315-050
*Lot Number:*  393959      *Qty:*  70,000      EA

| | | |
|---|---|---|
| *Total Lines:* 1 | **SUB-TOTAL:** | 1,183.00 |
| | **TAX:** | 0.00 |
| | **AMOUNT DUE:** | **1,183.00** |
| | | US Dollars |

* * * *REPRINT* * * *

12.12.1094 - 05/20/13

# 4g0 2

## Purchase order

PO number/date
4500092634 / 01/11/2022
Contact person/Telephone
Nayeli Ramirez/656-649-4552

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskird.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                                    Currency USD

| Item | Material Order qty. | Unit | Description | Price per unit | Deliv. date | Net value |
|------|------|------|------|------|------|------|
| 00010 | MA-T26315-050 70,000.000 | Piece | 600346171 SCREW #6X5/8PHIL PNHD HI/LO-SS | 05/02/2022 1.69/100 | | 1,183.00 |
| 00020 | MA-T26315-050 70,000.000 | Piece | 600346171 SCREW #6X5/8PHIL PNHD HI/LO-SS | 03/07/2022 1.69/100 | | 1,183.00 |
| 00030 | MA-T26315-050 70,000.000 | Piece | 600346171 SCREW #6X5/8PHIL PNHD HI/LO-SS | 04/04/2022 1.69/100 | | 1,183.00 |

Total net value excl. tax  USD                                                      3,549.00

## 4h0 1





150 Ascot Parkway
P.O. Box 1085
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1420489 | |
| Invoice Date | Page |
| 6/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350077 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 179£2
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable
**Customer ID:**    110502

Ordered By: Nayeli Ramirez

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092917 | NET 60 | 8/13/2022 | 8/13/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/22/2022 10:50:30 | 1429528 | Ryan Burke | FISKJ |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|

**Delivery Instructions:**  3 boxes 62 lbs
**Carrier:**  Will Call                         **Tracking #:** 01081598

| 2 | 48,000 | 24,000 | 0 | EA | | 600347399 | EA | 0.029600 | 710.40 |

#64 Latex Free Orange Rubber Band

Per Drawing;    REACH Cert Required.    400
pc/bag.  25 bags/box.

**Revision Level:** A
**Blue Print Number:** 347099
**Engineering Change Number:**
**Ordered As:** MA-T25315-140
**Lot Number:** 405663        **Qty:** 24,000    EA

**Total Lines:**  1

| | |
|---|---|
| SUB-TOTAL: | 710.40 |
| TAX: | 0.00 |
| AMOUNT DUE: | 710.40 |
| | US Dollars |

* * * REPRINT * * *

12,12,1094 - 05/20/13

# 4h0 2

```
┌──────────────────────────────────────────────┐
│ Purchase order                                 │
│                                                │
│ PO number/date                                 │
│ 4500092917 / 03/11/2022                        │
│ Contact person/Telephone                       │
│ Nayeli Ramirez/6564195963                      │
│                                                │
│                                                │
│ Vendor-SAP : T24036                            │
│ Vendor-FAX :                                   │
│ Vendor-MAIL: burker@nskind.com                 │
└──────────────────────────────────────────────┘
```

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17862
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                    Currency USD

| Item | Material<br>Order qty. | Unit | Description | Deliv. date<br>Price per unit | Net value |
|------|----------|------|-------------|-----------|-----------|
| 00010 | MA-T26315-140<br>40,000.000 | Piece | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 08/03/2022<br>2.85/100 | 1,360.00 |
| 00020 | MA-T26315-140<br>40,000.000 | Piece | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 05/02/2022<br>2.85/100 | 1,360.00 |
| 00030 | MA-T26315-140<br>40,000.000 | Piece | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 06/06/2022<br>2.85/100 | 1,360.00 |
| 00040 | MA-T26315-140<br>40,000.000 | Piece | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 07/01/2022<br>2.85/100 | 1,360.00 |

Total net value excl. tax  USD                                        5,472.00

## 4i0 1



# INVOICE



| INVOICE | |
|---|---|
| 1421331 | |
| Invoice Date | Page |
| 6/24/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350074 | |

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable                    Ordered By: Nayeli Ramirez

Customer ID:    110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092916 | NET 60 | 8/23/2022 | 8/23/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/22/2022 10:22:02 | 1430958 | Ryan Burke | FISKJ |

| Line # | Quantities Ordered | Shipped | Remaining | UOM | Disp. | Item IL / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|

**Delivery Instructions:** FORWARD AIR 48 BOXES 1606 LBS
   **Carrier:** Will Call                **Tracking #:** 01081670

| 2 | 96,000 | 96,000 | 0 | EA | | 12N20CTSW1Z<br>#12 X 2 Slotted Ind HWH SMSType A Zinc | EA | 0.045200 | 4,339.20 |

   *Ordered As:* MA-T25315-100
   *Lot Number:* 396911        **Qty:** 96,000   EA

Total Lines: 1

SUB-TOTAL: 4,339.20
TAX: 0.00
AMOUNT DUE: 4,339.20
US Dollars

*** REPRINT ***

12.12.1094 - 05/20/13

# 4i0 2

```
┌─────────────────────────────────────────────────┐
│ Purchase order                                   │
│                                                  │
│ PO number/date                                   │
│ 4500052916 / 03/11/2022                          │
│ Contact person/Telephone                         │
│ Nayeli Ramirez/6564155563                        │
│                                                  │
│                                                  │
│ Vendor-SAP : T26036                              │
│ Vendor-FAX :                                     │
│ Vendor-MAIL : burker@nskind.com                  │
└─────────────────────────────────────────────────┘
```

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17562
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                    Currency USD

| Item | Material | Description | Deliv. date | |
|------|----------|-------------|-------------|---|
| | Order qty. | Unit | Price per unit | Net value |
| 00010 | MA-T26315-100 | 600346726 SCREW #12X2" WSH HD-ZINC PT D | 08/03/2022 | |
| | 96.000.000 | Piece | 4.52/100 | 4,339.20 |
| 00020 | MA-T26315-100 | 600346726 SCREW #12X2" WSH HD-ZINC PT D | 05/16/2022 | |
| | 96.000.000 | Piece | 4.52/100 | 4,339.20 |
| 00030 | MA-T26315-100 | 600346726 SCREW #12X2" WSH HD-ZINC PT D | 07/01/2022 | |
| | 96.000.000 | Piece | 4.52/100 | 4,339.20 |

Total net value excl. tax  USD                              13,017.60

**4j0 1**

# INVOICE



150 Ascot Parkway
P.O. Box 1080
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1421673 | |
| Invoice Date | Page |
| 6/29/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350720 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17952
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID: 110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092963 | NET 60 | 8/28/2022 | 8/28/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/29/2022 14:19:04 | 1431494 | Jessica Fisk | FISKJ |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Delivery Instructions:** 1 box 30 lbs
**Carrier:** Will Call     **Tracking #:** 1081699

| 1 | 403,200 | 2,345 | 0 | EA | | .6C35SSSS | EA | 0.092600 | 217.15 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | M6-1.0 x 35 Socket Set Screw with Cup | | | |
| | | | | | | Point, DIN 619/ISO4029 - 18/8 Stainless Steel | | | |

**Ordered As:** MA-T26315-110

**Lot Number:** 393223    **Qty:** 2,345    EA

**Total Lines:** 1

| | |
|---|---|
| **SUB-TOTAL:** | 217.15 |
| **TAX :** | 0.00 |
| **AMOUNT DUE:** | 217.15 |
| | US Dollars |

**\* \* \* REPRINT \* \* \***

12.12.1094 - 05/20/13

# 4j0 2

| Purchase order |
|---|

PO number/date
4500052963 / 03/24/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Vendor-SAP : T24036
Vendor-FAX : |
Vendor-MAIL: burker@nskind.com

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                          Currency USD

| Item | Material | Description | | Deliv. date | |
|---|---|---|---|---|---|
| | Order qty. | Unit | | Price per unit | Net value |
| 00010 | MA-T26315-110 | 600346728 SCREW SET CUP PT M6X35MM-SS D0 | | 07/05/2022 | |
| | 403,200.000 | Piece | | 7.93/100 | 31,973.76 |

Total net value excl. tax  USD                                   31,973.76

# 4k0 1

# INVOICE



150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1421674 | |
| Invoice Date | Page |
| 6/29/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350077 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID:　110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092917 | NET 60 | 8/28/2022 | 8/28/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/22/2022 10:50:30 | 1430959 | Ryan Burke | FISKJ |

| Line u | Quantities Ordered | Shipped | Remaining | UOM | Disp. | Item ID Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|

Delivery Instructions:  5 boxes 135 lbs
Carrier:  Will Call　　　　　　　　　Tracking #: 1081699

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 48,000 | 50,000 | 0 | EA | | 600347099 | EA | 0.029600 | 1,480.00 |
| | | | | | | #64 Latex Free Orange Rubber Band | | | |
| | | | | | | Per Drawing;  REACH Cert Required.  400 pc/bag.  25 bags/box. | | | |

Revision Level:  A
Blue Print Number:  347099
Engineering Change Number:
Ordered As:  MA-T25315-140
Lot Number:  413355　　Qty:  50,000　　EA

| | | |
|---|---|---|
| Total Lines:  1 | SUB-TOTAL: | 1,480.00 |
| | TAX : | 0.00 |
| | AMOUNT DUE: | 1,480.00 |
| | | US Dollars |

* * * REPRINT * * *
12.12.1094 - 05/20/13

# 4k0 2

## Purchase order

PO number/date
4500092917 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
158 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:                         Bill to:
Tekmart Integrated Manufacturing Services /    Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS      P.O. Box 17562
1455 Vanderbilt Dr                         El Paso, tx. 79917
El Paso, Texas 79935                       Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                                    Currency USD

| Item | Material<br>Order qty. | Unit | Description | Deliv. date<br>Price per unit | Net value |
|------|------------------------|------|-------------|-------------------------------|-----------|
| 00010 | MA-T26315-140<br>48,000.000 | Piece | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 08/03/2022<br>2.85/100 | 1,368.00 |
| 00020 | MA-T26315-140<br>48,000.000 | Piece | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 05/02/2022<br>2.85/100 | 1,368.00 |
| 00030 | MA-T26315-140<br>48,000.000 | Piece | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 06/06/2022<br>2.85/100 | 1,368.00 |
| 00040 | MA-T26315-140<br>48,000.000 | Piece | 600347099 BAND RUB'R 3.5"X.25"LATEX FREE | 07/01/2022<br>2.85/100 | 1,368.00 |

Total net value excl. tax USD                                               5,472.00

4|0 1



# INVOICE



150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1421675 | |
| Invoice Date | Page |
| 6/29/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1355558 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID:   110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092919 | NET 60 | 8/28/2022 | 8/28/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 6/1/2022 14:23:20 | 1431015 | Jessica Fisk | FISKJ |

| Line # | Quantities Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Delivery Instructions:** 13 boxes 325 lbs | | | |
| | | | | | | **Carrier:** Will Call   **Tracking #:** 1081699 | | | |
| 5 | 24,000 | 24,000 | 0 | EA | | 700340.48 | EA | 0.403000 | 9,672.00 |
| | | | | | | Water Valve Stem Assembly per Drawings | | | |
| | | | | | | (345966, 346165 & 346166 all together) | | | |
| | | | | | | **Revision Level:** B | | | |
| | | | | | | **Blue Print Number:** 346165 | | | |
| | | | | | | **Engineering Change Number:** | | | |
| | | | | | | **Ordered As:** MA-T25323-570 | | | |
| | | | | | | **Lot Number:** 406465   **Qty:** 24,000   EA | | | |

Total Lines: 1

| | |
|---|---|
| **SUB-TOTAL:** | 9,672.00 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | **9,672.00** |
| | US Dollars |

**\* \* \* REPRINT \* \* \***

12.12.1094 - 05/20/13

**Sandra Kurt, Summit County Clerk of Courts**

# 410 2

**Purchase order**

PO number/date
4500052919 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564135963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17562
El Paso, tx. 79517
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET        Currency USD

| Item | Material Order qty. | Unit | Description | Price per unit | Deliv. date | Net value |
|------|------|------|------|------|------|------|
| 00010 | MA-T26323-570 24.000.000 | Piece | 700340148 WATER VALVE W/3 DOMETIC | 3.34/10 | 07/01/2022 | 8,016.00 |
| 00020 | MA-T26323-570 24.000.000 | Piece | 700340148 WATER VALVE W/3 DOMETIC | 3.34/10 | 05/02/2022 | 8,016.00 |
| 00030 | MA-T26323-570 24.000.000 | Piece | 700340148 WATER VALVE W/3 DOMETIC | 3.34/10 | 06/06/2022 | 8,016.00 |

Total net value excl. tax USD        24,048.00

# INVOICE



150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1421676 | |
| Invoice Date | Page |
| 6/29/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350719 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17952
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable
Customer ID:  110502

Ordered By: Nayeli Ramirez

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092958 | NET 60 | 8/28/2022 | 8/28/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/29/2022 14:16:53 | 1431055 | Jessica Fisk | FISKJ |

| Line # | Quantities | | | | Disp. | Item ID | | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | UOM | | Item Description | | | | |

**Delivery Instructions:** 12 boxes 419 lbs
**Carrier:** Will Call          **Tracking #:** 1081699

| 2 | 187,200 | 187,200 | 0 | EA | | 6N62HIL4 | EA | | 0.022900 | 4,286.88 |
| | | | | | | #6 x 5/8 Phil Pan HI-LO Sc 410 SST | | | | |

Ordered As: MA-T26315-050
Lot Number: 409337      Qty:  187,200      EA

Total Lines: 1

| | |
|---|---|
| **SUB-TOTAL:** | 4,286.88 |
| **TAX :** | 0.00 |
| **AMOUNT DUE:** | 4,286.88 |
| | US Dollars |

* * * REPRINT * * *

12.12.1094 - 05/28/13

# 4m0 2

| Purchase order | | |
|---|---|---|
| PO number/date | | |
| 4500092951 / 03/24/2022 | | |
| Contact person/Telephone | | |
| Nayeli Ramirez/6564195963 | | |
| | | |
| Vendor-SAP : T24036 | | |
| Vendor-FAX : | | |
| Vendor-MAIL: burker@nskind.com | | |

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:                          Bill to:
Tekmart Integrated Manufacturing Services /   Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS    P.O. Box 17562
1455 Vanderbilt Dr                          El Paso, tx. 79917
El Paso, Texas 79935                        Attn. Accounts Payable


Terms of payment: WITHIN 60 DAYS DUE NET                              Currency USD

| Item | Material | Description | | Deliv. date | |
|---|---|---|---|---|---|
| | Order qty. | Unit | Price per unit | | Net value |
| 00010 | MA-T26315-050 | 600346171 SCREW #6X5/8PHIL PNHD HI/LO-SS | 06/06/2022 | | |
| | 1,123,200.000 | Piece | 1.69/100 | | 18,982.08 |

Total net value excl. tax USD                                        18,982.08

# INVOICE

4n0 1





150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1421677 | |
| Invoice Date | Page |
| 6/29/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350720 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID:   110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092963 | NET 60 | 8/28/2022 | 8/28/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/29/2022 14:19:04 | 1431088 | Jessica Fisk | FISKJ |

| Line # | Quantities | | | | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | UOM | | | | | |

Delivery Instructions: 18 boxes 286 lbs
Carrier:  Will Call                                    Tracking #: 1081699

| 1 | 403,200 | 21,509 | 0 | EA | | .6C35S3SS | EA | 0.092600 | 1,991.73 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | M6-1.0 x 35 Socket Set Screw with Cup | | | |
| | | | | | | Point, DIN 619/ISO4029 - 18/8 Stainless Steel | | | |

Ordered As: MA-T25315-110

Lot Number: 410040     Qty:     21,509     EA

Total Lines:  1

| | |
|---|---|
| SUB-TOTAL: | 1,991.73 |
| TAX : | 0.00 |
| AMOUNT DUE: | 1,991.73 |
| | US Dollars |

* * * REPRINT * * *

12.12.1094 - 05/20/13

# 4n0 2

```
+-----------------------------------------+
| Purchase order                          |
|                                         |
| PO number/date                          |
| 4500092963 / 03/24/2022                 |
| Contact person/Telephone                |
| Nayeli Ramirez/6564155963               |
|                                         |
|                                         |
| Vendor-SAP : T24036                     |
| Vendor-FAX :                            |
| Vendor-MAIL: burker@nskind.com          |
+-----------------------------------------+
```

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17962
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET　　　　　　　　　　Currency USD

| Item | Material | Description | Deliv. date | |
|------|----------|-------------|-------------|--|
| | Order qty. | Unit | Price per unit | Net value |
| 00010 | MA-T26315-110 | 600346728 SCREW SET CUP PT M6X35MM-SS D | 007/05/2022 | |
| | 403,200.000 | Piece | 7.93/100 | 31,973.76 |

Total net value excl. tax USD　　　　　　　　　　　　31,973.76

4o0 1

# INVOICE





150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1421678 | |
| Invoice Date | Page |
| 6/29/2022 | 1 of 2 |
| ORDER NUMBER | |
| 1349269 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID: 110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092909 | NET 60 | 8/28/2022 | 8/28/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/11/2022 15:53:07 | 1431337 | Ryan Burke | FISKJ |

| Line # | Quantities | | | | Disp. | Item ID Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | UOM | | | | | |

**Delivery Instructions:** 290 boxes 6067 lbs
     **Carrier:** Will Call      **Tracking #:** 1081699

| 1 | 24,000 | 24,000 | 0 | EA | | 700340115 | EA | 0.628000 | 15,072.00 |

310 Series Hardware Kit

(2 per) 1/4-20 x 1-3/4 Brass T-Bolt Per Dwg, (2 per) 1/4-20 Serrated Flange Steel Nut Tri Zinc clear. (2 per) Flat Washer 60034719. Per Drawing

**Revision Level:** B
**Blue Print Number:** 700340115
**Engineering Change Number:**
     **Ordered As:** MA-T25315-190

| | | Lot Number: 405403 | Qty: | 1,200 | EA |
|---|---|---|---|---|---|
| | | Lot Number: 405986 | Qty: | 3,200 | EA |
| | | Lot Number: 406665 | Qty: | 19,600 | EA |

| 2 | 24,000 | 24,000 | 0 | EA | | 700340115 | EA | 0.628000 | 15,072.00 |

310 Series Hardware Kit

(2 per) 1/4-20 x 1-3/4 Brass T-Bolt Per Dwg, (2 per) 1/4-20 Serrated Flange Steel Nut Tri Zinc clear. (2 per) Flat Washer 60034719. Per Drawing

**Revision Level:** B
**Blue Print Number:** 700340115
**Engineering Change Number:**

**\* \* \* REPRINT \* \* \***

12.12.1094 - 05/20/13

# INVOICE

4o0 2



150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1421678 | |
| Invoice Date | Page |
| 6/29/2022 | 2 of 2 |
| ORDER NUMBER | |
| 1349269 | |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *Ordered As:* MA-T25315-190 | | | |
| | | | | | | *Lot Number:* 409471  *Qty:* 24,000  EA | | | |
| 3 | 24,000 | 24,000 | 0 | EA | | 700340115 | EA | 0.684000 | 16,416.00 |
| | | | | | | 310 Series Hardware Kit | | | |
| | | | | | | (2 per) 1/4-20 x 1-3/4 Brass T-Bolt Per Dwg, (2 per) 1/4-20 Serrated Flange Steel Nut Tri Zinc clear. (2 per) Flat Washer 60034719. Per Drawing | | | |
| | | | | | | *Revision Level:* B | | | |
| | | | | | | *Blue Print Number:* 700340115 | | | |
| | | | | | | *Engineering Change Number:* | | | |
| | | | | | | *Ordered As:* MA-T25315-190 | | | |
| | | | | | | *Lot Number:* 410046  *Qty:* 22,512  EA | | | |
| | | | | | | *Lot Number:* 410049  *Qty:* 1,488  EA | | | |

*Total Lines:* 3

| | |
|---|---|
| **SUB-TOTAL:** | 46,560.00 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | 46,560.00 |
| | US Dollars |

**\* \* \* REPRINT \* \* \***

12.12.1094 - 05/20/13

# 4o0 3

**Purchase order**

PO number/date
4500092905 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:                              Bill to:
Tekmart Integrated Manufacturing Services /      Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS         P.O. Box 17562
1455 Vanderbilt Dr                                El Paso, tx. 79917
El Paso, Texas 79936                              Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                              Currency USD

| Item | Material | Description | | Deliv. date | Net value |
|------|----------|-------------|--|-------------|-----------|
| | Order qty. | Unit | Price per unit | | |
| 00010 | MA-T26315-190 | 700340115 HARDWARE KIT MTG 1-1/2" TBOLT | 07/18/2022 | | 15,072.00 |
| | 24,000.000 | Piece | 6.28/10 | | |
| 00020 | MA-T26315-190 | 700340115 HARDWARE KIT MTG 1-1/2" TBOLT | 05/16/2022 | | 15,072.00 |
| | 24,000.000 | Piece | 6.28/10 | | |
| 00030 | MA-T26315-190 | 700340115 HARDWARE KIT MTG 1-1/2" TBOLT | 06/13/2022 | | 16,416.00 |
| | 24,000.000 | Piece | 6.84/10 | | |
| 00040 | MA-T26315-190 | 700340115 HARDWARE KIT MTG 1-1/2" TBOLT | 07/01/2022 | | 16,416.00 |
| | 24,000.000 | Piece | 6.84/10 | | |

Total net value excl. tax  USD                              62,976.00



# INVOICE





**nsk**

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
| :---: | :---: |
| 1421679 | |
| Invoice Date | Page |
| 6/29/2022 | 1 of 2 |
| ORDER NUMBER | |
| 1349459 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID:    110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
| :---: | :---: | :---: | :---: | :---: |
| 4500092914 | NET 60 | 8/28/2022 | 8/28/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
| :---: | :---: | :---: | :---: |
| 3/15/2022 09:49:57 | 1431639 | Ryan Burke | FISKJ |

| Line # | Quantities | | | | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
| :---: | :---: | :---: | :---: | :---: | :---: | :--- | :---: | :---: | :---: |
| | Ordered | Shipped | Remaining | UOM | | | | | |

**Delivery Instructions:** 24 boxes 500 lbs
**Carrier:** Will Call                    **Tracking #:** 1081699

| 1 | 83,200 | 83,200 | 0 | EA | | 600346214-TYPE B<br>#6 x 5/8 HWH Sheet Metal Screw Type B<br>#6 x 5/8 Hex Washer Head Sheet Metal Screw<br>Type B Zinc - (BLUNT POINT) Per Drawing | EA | 0.014000 | 1,164.80 |

Revision Level: B
Blue Print Number: 346214
Engineering Change Number:
Ordered As: MA-T25315-060
Lot Number: 413489      Qty:  83,200      EA

| 2 | 83,200 | 83,200 | 0 | EA | | 600346214-TYPE B<br>#6 x 5/8 HWH Sheet Metal Screw Type B<br>#6 x 5/8 Hex Washer Head Sheet Metal Screw<br>Type B Zinc - (BLUNT POINT) Per Drawing | EA | 0.014000 | 1,164.80 |

Revision Level: B
Blue Print Number: 346214
Engineering Change Number:
Ordered As: MA-T25315-060
Lot Number: 413489      Qty:  83,200      EA

* * * REPRINT * * *

12,12,1094 - 05/20/13

4p0 2

**INVOICE**



**nsk**

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1421679 | |
| Invoice Date | Page |
| 6/29/2022 | 2 of 2 |
| ORDER NUMBER | |
| 1349459 | |

| Quantities | | | | | | Item ID | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item Description | | | |

Total Lines: 2

|  | |
|---|---|
| *SUB-TOTAL:* | 2,329.60 |
| *TAX:* | 0.00 |
| *AMOUNT DUE:* | **2,329.60** |
| | US Dollars |

* * * *REPRINT* * * *

12.12.1094 - 05/20/13

CV-2022-11-3986    O'BRIEN, TAMMY    11/22/2022 15:27:26 PM    CMCO    Page 114 of 139

# 4p0 3

## Purchase order

PO number/date
4500092914 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17562
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                    Currency USD

| Item | Material | Description | Deliv. date | |
|------|----------|-------------|-------------|---|
| | Order qty. | Unit | Price per unit | Net value |
| 00010 | MA-T26315-060 | 600346214 SCREW #6 X .625 HEX WASHER HD 07/01/2022 | | |
| | 83,200.000 | Piece | 1.10/100 | 915.20 |
| 00020 | MA-T26315-060 | 600346214 SCREW #6 X .625 HEX WASHER HD 05/16/2022 | | |
| | 83,200.000 | Piece | 1.10/100 | 915.20 |
| 00030 | MA-T26315-060 | 600346214 SCREW #6 X .625 HEX WASHER HD 06/06/2022 | | |
| | 83,200.000 | Piece | 1.10/100 | 915.20 |

Total net value excl. tax USD                    2,745.60

# INVOICE



## nsk

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1422168 | |
| Invoice Date | Page |
| 7/7/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1350720 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID: 110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092963 | NET 60 | 9/5/2022 | 9/5/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/29/2022 14:19:04 | 1431828 | Jessica Fisk | FISKJ |

| Line # | Quantities Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Delivery Instructions:** FORWARD AIR | | | |
| | | | | | | 317 BOXES 5058 LBS | | | |
| | | | | | | **Carrier:** Will Call  **Tracking #:** 10817341 | | | |
| 1 | 403,200 | 379,346 | 0 | EA | | .6C35SSSS | EA | 0.092600 | 35,127.44 |
| | | | | | | M6-1.0 x 35 Socket Set Screw with Cup | | | |
| | | | | | | Point, DIN 619/ISO4029 - 18/8 Stainless Steel | | | |
| | | | | | | *Ordered As:* MA-T26315-110 | | | |
| | | | | | | **Lot Number:** 415126  *Qty:* 379,346 EA | | | |

Total Lines: 1

| | |
|---|---|
| **SUB-TOTAL:** | 35,127.44 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | 35,127.44 |
| | US Dollars |

\* \* \* *REPRINT* \* \* \*

12.12.1094 - 05/20/15

# 4q0 2

| Purchase order |
|---|

PO number/date
4500092963 / 03/24/2022
Contact person/Telephone
Nayeli Ramirez/6560155963

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17862
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET      Currency USD

| Item | Material | Description | | Deliv. date | |
|---|---|---|---|---|---|
| | Order qty. | Unit | Price per unit | | Net value |
| 00010 | MA-T26315-110 | 600346728 SCREW SET CUP PT M6X35MM-SS D0 | 07/05/2022 | | |
| | 403 200.000 | Piece | 7.93/100 | | 31,973.76 |

Total net value excl. tax USD      31,973.76

4r0 1

**INVOICE**



150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1422169 | |
| Invoice Date | Page |
| 7/7/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1349313 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17952
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable                    Ordered By: Nayeli Ramirez
**Customer ID:**    110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092913 | NET 60 | 9/5/2022 | 9/5/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/14/2022 06:14:03 | 1431756 | Ryan Burke | FISKJ |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Quantities | | | | | | | | |

**Delivery Instructions:** FORWARD AIR
4 BOXES 128 LBS
**Carrier:** Will Call                    **Tracking #:** 10817341

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 24,000 | 24,000 | 0 | EA | | 10N62SMSS | EA | 0.052800 | 1,267.20 |

#10 x 5/8" Phillips Pan Head Sheet Metal

Screw,  Type  A  -  18/8  Stainless  Steel
(Dimensionally Per ASME B18.6.3)

*Ordered As:* MA-T26315-040

| | | | |
|---|---|---|---|
| *Lot Number:* 413993 | *Qty:* | 18,000 | EA |
| *Lot Number:* 414022 | *Qty:* | 6,000 | EA |

*Total Lines:* 1

| | |
|---|---|
| **SUB-TOTAL:** | 1,267.20 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | **1,267.20** |
| | US Dollars |

* * * *REPRINT* * * *

12.12.1094 - 05/20/13

# 4r0 2

### Purchase order

PO number/date
4500092913 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:
Tekmart Integrated Manufacturing Services /
TIMS México S de RL de CV / BIG LOGISTICS
1455 Vanderbilt Dr
El Paso, Texas 79935

Bill to:
Tekmart Integrated Manufacturing Services
P.O. Box 17562
El Paso, tx. 79917
Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                                     Currency USD

| Item | Material | Description | Deliv. date | |
|------|----------|-------------|-------------|---|
| | Order qty. | Unit | Price per unit | Net value |
| 00010 | MA-T26315-040 | 600343584 SCREW #10 X 5/8 PAN PHL SS DOM | 07/01/2022 | |
| | 24,000.000 | Piece | 4.08/100 | 979.20 |
| 00020 | MA-T26315-040 | 600343584 SCREW #10 X 5/8 PAN PHL SS DOM | 05/02/2022 | |
| | 24,000.000 | Piece | 4.08/100 | 979.20 |
| 00030 | MA-T26315-040 | 600343584 SCREW #10 X 5/8 PAN PHL SS DOM | 06/06/2022 | |
| | 24,000.000 | Piece | 4.08/100 | 979.20 |

Total net value excl. tax  USD                           2,937.60

**4s0 1**

# INVOICE



150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| Invoice Date | Page |
| 7/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1349269 | |

INVOICE
1422650

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable                 Ordered By: Nayeli Ramirez

Customer ID:    110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092909 | NET 60 | 9/12/2022 | 9/12/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/11/2022 15:53:07 | 1432076 | Ryan Burke | FISKJ |

| Line N | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Delivery Instructions:** 96 BOXES 2016 LBS
        **Carrier:** FedEx Freight (Priority)        **Tracking #:** 275534346749

| Line N | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 24,000 | 24,000 | 0 | EA | | 700340115 | EA | 0.684000 | 16,416.00 |
| | | | | | | 310 Series Hardware Kit | | | |

(2 per) 1/4-20 x 1-3/4 Brass T-Bolt Per Dwg, (2 per) 1/4-20 Serrated Flange Steel Nut Tri Zinc clear. (2 per) Flat Washer 60034719. Per Drawing

    **Revision Level:** B
    **Blue Print Number:** 700340115
**Engineering Change Number:**
    **Ordered As:** MA-T26315-190
    **Lot Number:** 410761    *Qty:*    12,000    EA
    **Lot Number:** 412276    *Qty:*    12,000    EA

*Total Lines:* 1

| | |
|---|---|
| **SUB-TOTAL:** | 16,416.00 |
| **TAX :** | 0.00 |
| **AMOUNT DUE:** | 16,416.00 |
| | US Dollars |

\* \* \* *REPRINT* \* \* \*

12.12.1094 - 05/20/13

# 4s0 2

| Purchase order |
|---|

PO number/date
4500092909 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6564195963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:                                   Bill to:
Tekmart Integrated Manufacturing Services /         Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS           P.O. Box 17962
1455 Vanderbilt Dr                                  El Paso, tx. 79917
El Paso, Texas 79935                                Attn. Accounts Payable


Terms of payment: WITHIN 60 DAYS DUE NET                          Currency USD

| Item | Material | Description | Deliv. date | Net value |
|---|---|---|---|---|
| | Order qty. | Unit | Price per unit | |
| 00010 | MA-T26315-190 | 700340115 HARDWARE KIT MTG 1-1/2" TBOLT | 07/18/2022 | |
| | 24,000.000 | Piece | 6.28/10 | 15,072.00 |
| 00020 | MA-T26315-190 | 700340115 HARDWARE KIT MTG 1-1/2" TBOLT | 05/16/2022 | |
| | 24,000.000 | Piece | 6.28/10 | 15,072.00 |
| 00030 | MA-T26315-190 | 700340115 HARDWARE KIT MTG 1-1/2" TBOLT | 06/13/2022 | |
| | 24,000.000 | Piece | 6.84/10 | 16,416.00 |
| 00040 | MA-T26315-190 | 700340115 HARDWARE KIT MTG 1-1/2" TBOLT | 07/01/2022 | |
| | 24,000.000 | Piece | 6.84/10 | 16,416.00 |

Total net value excl. tax  USD                                   62,976.00

# 4to 1



# INVOICE

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1422651 | |
| Invoice Date | Page |
| 7/14/2022 | 1 of 1 |
| ORDER NUMBER | |
| 1349459 | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable

Ordered By: Nayeli Ramirez

Customer ID:　110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 4500092914 | NET 60 | 9/12/2022 | 9/12/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/15/2022 09:49:57 | 1432271 | Ryan Burke | FISKJ |

| Line # | Quantities | | | | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | UOM | | | | | |

**Delivery Instructions:** 12 BOXES 250 LBS
**Carrier:** FedEx Freight (Priority)　　　　　　　　**Tracking #:** 275534346749

| Line # | Ordered | Shipped | Remaining | UOM | Item ID / Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 3 | 83,200 | 83,200 | 0 | EA | 600346214-TYPE B | EA | 0.014000 | 1,164.80 |
| | | | | | #6 x 5/8 HWH Sheet Metal Screw Type B | | | |
| | | | | | #6 x 5/8 Hex Washer Head Sheet Metal Screw Type B Zinc - (BLUNT POINT) Per Drawing | | | |

Revision Level: B
Blue Print Number: 346214
Engineering Change Number:
Ordered As: MA-T26315-060
Lot Number: 410744　　Qty: 20,600　　EA
Lot Number: 413489　　Qty: 62,600　　EA

Total Lines: 1

| | |
|---|---|
| SUB-TOTAL: | 1,164.80 |
| TAX: | 0.00 |
| MEMO AMT (debit): | 689.89 |
| AMOUNT DUE: | 1,854.69 |
| | US Dollars |

* * * REPRINT * * *

12.12.1094 - 05/2013

# 4t0 2

### Purchase order

PO number/date
4500092914 / 03/11/2022
Contact person/Telephone
Nayeli Ramirez/6560155963

Vendor-SAP : T24036
Vendor-FAX :
Vendor-MAIL: burker@nskind.com

NSK INDUSTRIES
150 ASCOT PARKWAY
CUYAHOGA FALLS, , 44223
USA

Please deliver to:                          Bill to:
Tekmart Integrated Manufacturing Services / Tekmart Integrated Manufacturing Services
TIMS México S de RL de CV / BIG LOGISTICS    P.O. Box 17562
1455 Vanderbilt Dr                           El Paso, tx. 79917
El Paso, Texas 79935                         Attn. Accounts Payable

Terms of payment: WITHIN 60 DAYS DUE NET                              Currency USD

| Item | Material Order qty. | Unit | Description | Price per unit | Deliv. date | Net value |
|------|---------------------|------|-------------|----------------|-------------|-----------|
| 00010 | MA-T26315-060 | | 600346214 SCREW #6 X .625 HEX WASHER HD | 1.10/100 | 07/01/2022 | 515.20 |
| | 83,200.000 | Piece | | | | |
| 00020 | MA-T26315-060 | | 600346214 SCREW #6 X .625 HEX WASHER HD | 1.10/100 | 05/16/2022 | 515.20 |
| | 83,200.000 | Piece | | | | |
| 00030 | MA-T26315-060 | | 600346214 SCREW #6 X .625 HEX WASHER HD | 1.10/100 | 06/06/2022 | 515.20 |
| | 83,200.000 | Piece | | | | |

Total net value excl. tax USD                                        2,745.60

# 6a 01    Detail A/R Aged Trial Balance By Due Date

Customer ID: 110502    Tekmart Integrated Manufacturing Services Limited
Branch ID: 01    NSK Industries, Inc.     Phone #: 52 (656) 649-4515

| Invoice No | Original Invoice Date | Invoice Amount/Salesrep Name | Net Due Date | Terms Due Date | Memo Amount | Total Due | Current Due | <= 30 | 31 to 60 | 61 to 90 | OVER 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1420482 | 06/14/2022 | 4,286.88 Jessica Fisk | 08/13/2022 | 08/13/2022 | 0.00 | 4,286.88 | 0.00 | 0.00 | 4,286.88 | 0.00 | 0.00 |
| 1420483 | 06/14/2022 | 473.60 Ryan Burke | 08/13/2022 | 08/13/2022 | 0.00 | 473.60 | 0.00 | 0.00 | 473.60 | 0.00 | 0.00 |
| 1420484 | 06/14/2022 | 1,759.40 Ryan Burke | 08/13/2022 | 08/13/2022 | 0.00 | 1,759.40 | 0.00 | 0.00 | 1,759.40 | 0.00 | 0.00 |
| 1420485 | 06/14/2022 | 1,018.60 Ryan Burke | 08/13/2022 | 08/13/2022 | 0.00 | 1,018.60 | 0.00 | 0.00 | 1,018.60 | 0.00 | 0.00 |
| 1420486 | 06/14/2022 | 296.00 Ryan Burke | 08/13/2022 | 08/13/2022 | 0.00 | 296.00 | 0.00 | 0.00 | 296.00 | 0.00 | 0.00 |
| 1420487 | 06/14/2022 | 1,267.20 Ryan Burke | 08/13/2022 | 08/13/2022 | 0.00 | 1,267.20 | 0.00 | 0.00 | 1,267.20 | 0.00 | 0.00 |
| 1420488 | 06/14/2022 | 1,183.00 Ryan Burke | 08/13/2022 | 08/13/2022 | 0.00 | 1,183.00 | 0.00 | 0.00 | 1,183.00 | 0.00 | 0.00 |
| 1420489 | 06/14/2022 | 710.40 Ryan Burke | 08/13/2022 | 08/13/2022 | 0.00 | 710.40 | 0.00 | 0.00 | 710.40 | 0.00 | 0.00 |
| 1421331 | 06/24/2022 | 4,339.20 Ryan Burke | 08/23/2022 | 08/23/2022 | 0.00 | 4,339.20 | 0.00 | 0.00 | 4,339.20 | 0.00 | 0.00 |
| 1421673 | 06/29/2022 | 217.15 Jessica Fisk | 08/28/2022 | 08/28/2022 | 0.00 | 217.15 | 0.00 | 217.15 | 0.00 | 0.00 | 0.00 |
| 1421674 | 06/29/2022 | 1,480.00 Ryan Burke | 08/28/2022 | 08/28/2022 | 0.00 | 1,480.00 | 0.00 | 1,480.00 | 0.00 | 0.00 | 0.00 |
| 1421675 | 06/29/2022 | 9,672.00 Jessica Fisk | 08/28/2022 | 08/28/2022 | 0.00 | 9,672.00 | 0.00 | 9,672.00 | 0.00 | 0.00 | 0.00 |
| 1421676 | 06/29/2022 | 4,286.88 Jessica Fisk | 08/28/2022 | 08/28/2022 | 0.00 | 4,286.88 | 0.00 | 4,286.88 | 0.00 | 0.00 | 0.00 |
| 1421677 | 06/29/2022 | 1,991.73 Jessica Fisk | 08/28/2022 | 08/28/2022 | 0.00 | 1,991.73 | 0.00 | 1,991.73 | 0.00 | 0.00 | 0.00 |
| 1421678 | 06/29/2022 | 46,560.00 Ryan Burke | 08/28/2022 | 08/28/2022 | 0.00 | 46,560.00 | 0.00 | 46,560.00 | 0.00 | 0.00 | 0.00 |
| 1421679 | 06/29/2022 | 2,329.60 Ryan Burke | 08/28/2022 | 08/28/2022 | 0.00 | 2,329.60 | 0.00 | 2,329.60 | 0.00 | 0.00 | 0.00 |
| 1422168 | 07/07/2022 | 35,127.44 Jessica Fisk | 09/05/2022 | 09/05/2022 | 0.00 | 35,127.44 | 0.00 | 35,127.44 | 0.00 | 0.00 | 0.00 |
| 1422169 | 07/07/2022 | 1,267.20 Ryan Burke | 09/05/2022 | 09/05/2022 | 0.00 | 1,267.20 | 0.00 | 1,267.20 | 0.00 | 0.00 | 0.00 |
| 1422650 | 07/14/2022 | 16,416.00 Ryan Burke | 09/12/2022 | 09/12/2022 | 0.00 | 16,416.00 | 0.00 | 16,416.00 | 0.00 | 0.00 | 0.00 |
| 1422651 | 07/14/2022 | 1,164.80 Ryan Burke | 09/12/2022 | 09/12/2022 | 689.89 | 1,854.69 | 0.00 | 1,854.69 | 0.00 | 0.00 | 0.00 |
| 1427347 | 09/19/2022 | 1,294.62 Jessica Fisk | 09/19/2022 | 09/19/2022 | 0.00 | 1,294.62 | 0.00 | 1,294.62 | 0.00 | 0.00 | 0.00 |
| Customer 110502 Totals: | 137,141.70 | | | | 689.89 | 137,831.59 | 0.00 | 122,497.31 | 15,334.28 | 0.00 | 0.00 |
| Branch NSK Industries, Inc. Totals: | | | | | 689.89 | 137,831.59 | 0.00 | 122,497.31 | 15,334.28 | 0.00 | 0.00 |
| Company NSK Industries, Inc. (330) | | | | | 689.89 | 137,831.59 | 0.00 | 122,497.31 | 15,334.28 | 0.00 | 0.00 |

EXHIBIT B

Sandra Kurt, Summit County Clerk of Courts

4u0 1



# INVOICE



150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1427347 | |
| Invoice Date | Page |
| 9/19/2022 | 1 of 1 |
| ORDER NUMBER | |

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics

Attn: Accounts Payable
**Customer ID:**    110502

| PO Number | | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|---|
| Finance Charge | | Due Immediately | 9/19/2022 | 9/19/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| | | Jessica Fisk | | |

| Line # | Quantities | | | | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | UOM | | | | | |

**Invoice Description:** Finance Charge

Total Lines: 0

| | |
|---|---|
| **SUB-TOTAL:** | 0.00 |
| **TAX:** | 0.00 |
| **Finance Charge:** | 1,294.62 |
| **AMOUNT DUE:** | 1,294.62 |
| | US Dollars |

EXHIBIT
C

\* \* \* REPRINT \* \* \*
12.12.1094 - 05/20/13

## 7a 01

**INVOICE**





| INVOICE | |
|---|---|
| 1428569 | |
| Invoice Date | Page |
| 10/5/2022 | 1 of 2 |
| ORDER NUMBER | |

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

**Bill To:**
Tekmart Integrated Manufacturing Services Limited
P.O. Box 17962
El Paso, TX 79917
UNITED STATES

**Ship To:**
TIMS/Big Logistics
1455 Vanderbilt Drive
El Paso , TX 79935
UNITED STATES OF AMERICA

Attn: Accounts Payable
**Customer ID:**   110502

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| Multiple - PO numbers listed below | Due Immediately | 10/5/2022 | 10/5/2022 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| | | Jessica Fisk | |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | 120,000 | 120,000 | 0 | EA | | PO 4500092810 MA-T26314-300 | EA | 0.530000 | 63,600.00 |
| | 96,000 | 96,000 | 0 | EA | | PO 4500092916 MA-T26315-100 | EA | 0.045200 | 4,339.20 |
| | 48,000 | 48,000 | 0 | EA | | PO 4500092917 MA-T26315-140 | EA | 0.029600 | 1,420.80 |
| | 24,000 | 24,000 | 0 | EA | | PO 4500092919 MA-T26323-570 | EA | 0.403000 | 9,672.00 |
| | 748,800 | 748,800 | 0 | EA | | PO 4500092958 MA-T26315-050 | EA | 0.016900 | 12,654.72 |
| | 224,640 | 224,640 | 0 | EA | | PO 4500092961 MA-T26315-190 | EA | 0.684000 | 153,653.76 |
| | 403,200 | 403,200 | 0 | EA | | PO 4500092961 MA-T26315-060 | EA | 0.014000 | 5,644.80 |
| | 253,440 | 253,440 | 0 | EA | | PO 4500092961 MA-T26315-040 | EA | 0.052800 | 13,381.63 |
| | 276,480 | 276,480 | 0 | EA | | PO 4500092961 MA-T26323-570 | EA | 0.334000 | 92,344.32 |
| | 384,000 | 384,000 | 0 | EA | | PO 4500093435 MA-T26315-100 | EA | 0.045200 | 17,356.80 |
| | 384,000 | 384,000 | 0 | EA | | PO 4500093436 MA-T26315-100 | EA | 0.045200 | 17,356.80 |

*ORIGINAL*
12.12.1094 - 05/20/13

EXHIBIT
D

# INVOICE

## 7a 02



150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1428569 | |
| Invoice Date | Page |
| 10/5/2022 | 2 of 2 |
| ORDER NUMBER | |

| | Quantities | | | | | Item ID | Pricing | Unit | Extended |
|---|---|---|---|---|---|---|---|---|---|
| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item Description | UOM | Price | Price |

Total Lines: 11

|  | |
|---|---|
| **SUB-TOTAL:** | 391,424.83 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | **391,424.83** |
| | US Dollars |

*ORIGINAL*

12.12.1094 - 05/20/13



# ROETZEL

ROETZEL & ANDRESS, A LEGAL PROFESSIONAL ASSOCIATION

222 South Main Street
Akron, OH 44308
DIRECT DIAL 330.849.6778
PHONE 330.376.2700 FAX 330.376.4577
jlopez@ralaw.com

WWW.RALAW.COM

October 18, 2022

*VIA FEDERAL EXPRESS AND*
*REGULAR U.S. MAIL*

Tekmart Integrated Manufacturing
Services Limited
Attn: Bipin Napal, President
1455 Vanderbilt Drive
El Paso, TX 79935

*VIA FEDERAL EXPRESS AND*
*REGULAR U.S. MAIL*

Tekmart Integrated Manufacturing
Services Limited
Attn: Ron Myers, Finance Controller
1455 Vanderbilt Drive
El Paso, TX 79935

Re:    *Demand For Adequate Assurances Regarding Tekmart Integrated*
*Manufacturing Services Limited's Full Performance Of Its*
*Obligations Pursuant To The Agreement*

Dear Messrs. Napal and Myers:

This letter is a follow-up demand for adequate assurances and relates to NSK Industries, Inc.'s ("NSK") letter sent to Tekmart Integrated Manufacturing Services Limited's ("Tekmart") dated October 6, 2022 ("Letter").

NSK hereby reiterates that it has put Tekmart on notice via its Letter that Tekmart has breached, and continues to remain in breach, of its obligations under the Purchase Orders, including NSK's Standard Terms & Conditions of Sale (collectively "Agreement"), entered into by and between Tekmart and NSK.

NSK hereby also reiterates that it has attempted, in good faith, to negotiate this dispute with Tekmart; negotiations have not been successful, due in large part to Tekmart's refusal to return or respond to NSK's communications to date, including but not limited to, the Letter. Indeed, as of October 17, 2022, NSK has not received any communications, either in writing or otherwise, from Tekmart or a representative of Tekmart, in response to NSK's Letter.

The Agreement for sale imposes an obligation on each party that the other's expectation of receiving due performance will not be impaired. In this regard, Tekmart's continued breach of the Agreement and its failure to respond to NSK's communications, including but not limited to the Letter, has given NSK cause to develop reasonable commercial grounds for insecurity, as determined according to commercial standards, in regards to Tekmart's ability and willingness to fully perform its obligations under the Agreement. As a result, NSK hereby demands that



EXHIBIT
E

Practical Advice. Real Solutions.
That's the Roetzel way.          **ralaw.com**

October 18, 2022
Page 2

Tekmart deliver, in writing, adequate assurances of due performance pursuant to R.C. 1302.67 and U.C.C. 2-609 by **5 p.m. on Tuesday, October 25, 2022.**

Tekmart can properly deliver adequate assurances to NSK by writing to the undersigned counsel a detailed description of how it specifically plans to adhere to its obligations of full performance under the Agreement. Should NSK's undersigned counsel not receive adequate assurances from Tekmart by 5 p.m. on Tuesday, October 25, 2022, NSK will **exercise its right to suspend its performance under the Agreement and withhold all future delivery of goods.**

Furthermore, as illustrated in the Letter, NSK is prepared to **file a lawsuit on October 26, 2022,** should Tekmart fail to adhere to the requests in the Letter or fail to deliver adequate assurances.

Again, I look forward to your prompt reply and payment no later than October 25, 2022 at 5 p.m.

Very truly yours,

ROETZEL & ANDRESS, LPA

John J. Rutter

JJR

cc:     S. Horgan

18970104

**Lawrence, Laura**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, October 19, 2022 1:28 PM |
| **To:** | Lawrence, Laura |
| **Subject:** | FedEx Shipment 279283791531: Your package has been delivered |

**EXTERNAL:**



# Hi. Your package was delivered Wed, 10/19/2022 at 11:21am.

Delivered to 1455 VANDERBILT DR, EL PASO, TX 79935
Received by J.RUBALCABA

**OBTAIN PROOF OF DELIVERY**

## Personal Message

PSShip eMail Notification

1

| | |
|---|---|
| TRACKING NUMBER | <u>279283791531</u> |
| FROM | Roetzel & Andress |
| | 222 South Main Street |
| | Suite 400 |
| | Akron, OH, US, 44308 |
| TO | Tekmart Integrated Manufacturing |
| | Ron Myers, Finance Cont |
| | 1455 VANDERBILT DR |
| | EL PASO, TX, US, 79935 |
| REFERENCE | 106525.0017.0901 |
| SHIPPER REFERENCE | 106525.0017.0901 |
| SHIP DATE | Tue 10/18/2022 05:36 PM |
| DELIVERED TO | Receptionist/Front Desk |
| PACKAGING TYPE | FedEx Envelope |
| ORIGIN | Akron, OH, US, 44308 |
| DESTINATION | EL PASO, TX, US, 79935 |
| SPECIAL HANDLING | Deliver Weekday |
| | ASR |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 0.50 LB |
| SERVICE TYPE | FedEx Standard Overnight |

# Get the FedEx®
# Mobile app

Create shipments, receive tracking
alerts, redirect packages to a FedEx
retail location for pickup, and more

2

from the palm of your hand
- **Download now**.

## This tracking update has been requested by:

| | |
|---|---|
| **Company name:** | Roetzel & Andress |
| **Name:** | John Rutter |
| **Email:** | jrutter@ralaw.com |

**FOLLOW FEDEX**

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:28 PM CDT 10/19/2022.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2022 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

3

**Lawrence, Laura**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, October 19, 2022 1:30 PM |
| **To:** | Lawrence, Laura |
| **Subject:** | FedEx Shipment 279283744742: Your package has been delivered |

# EXTERNAL:



# Hi. Your package was delivered Wed, 10/19/2022 at 11:21am.



Delivered to 1455 VANDERBILT DR, EL PASO, TX 79935
Received by J.RUBALCABA

**OBTAIN PROOF OF DELIVERY**

## Personal Message

PSShip eMail Notification

1

| | |
|---|---|
| TRACKING NUMBER | <u>279283744742</u> |
| FROM | Roetzel & Andress |
| | 222 South Main Street |
| | Suite 400 |
| | Akron, OH, US, 44308 |
| TO | Tekmart Integrated Manufacturing |
| | Bipin Napal, President |
| | 1455 VANDERBILT DR |
| | EL PASO, TX, US, 79935 |
| REFERENCE | 106525.0017.0901 |
| SHIPPER REFERENCE | 106525.0017.0901 |
| SHIP DATE | Tue 10/18/2022 05:36 PM |
| DELIVERED TO | Receptionist/Front Desk |
| PACKAGING TYPE | FedEx Envelope |
| ORIGIN | Akron, OH, US, 44308 |
| DESTINATION | EL PASO, TX, US, 79935 |
| SPECIAL HANDLING | Deliver Weekday |
| | ASR |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 0.50 LB |
| SERVICE TYPE | FedEx Standard Overnight |

Sandra Kurt, Summit County Clerk of Courts



# Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand - **Download now**.

## This tracking update has been requested by:

| | |
|---|---|
| **Company name:** | Roetzel & Andress |
| **Name:** | John Rutter |
| **Email:** | jrutter@ralaw.com |

---

**FOLLOW FEDEX**



Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:29 PM CDT 10/19/2022.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

3

© 2022 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

4

## Rutter, John

| | |
|---|---|
| **From:** | Henry Becker <hbec@scotthulse.com> |
| **Sent:** | Wednesday, November 16, 2022 12:14 PM |
| **To:** | Rutter, John |
| **Cc:** | Jimmy Feuille |
| **Subject:** | RE: NSK/Tekmart |
| **Attachments:** | ELPASO-#1247041-v1-2022.11.16.Letter_TIMS_to_NSK.pdf |

# EXTERNAL:

 **This message could be suspicious**
- The sender's email address couldn't be verified.
- No employee in your company has ever replied to this person.

Powered by Mimecast

Jay –


Please see the attached correspondence.  We will be in touch soon.


**Henry Becker**

*Attorney*

**Direct:** 915.546.8242 **Main:** 915.533.2493 **Fax:** 915.546.8333

hbec@ScottHulse.com  |  ScottHulse.com

## ScottHulse PC | The Value of Commitment®

One San Jacinto Plaza

201 E. Main Dr., Ste. 1100, El Paso, TX 79901


**CONFIDENTIALITY NOTICE**

The information contained in this ELECTRONIC MAIL transmission is confidential.  It also may be protected by and subject to the attorney-client privilege or be privileged work product or proprietary information.  This ELECTRONIC MAIL transmission and the information contained in or attached as a file ... se of the addressee(s).  If you are not the addressee (or one of the addressees), you are not an intended recipient; if you are not an intended ... any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying or taking of any action because of this information ...



1

**From:** Henry Becker
**Sent:** Friday, November 11, 2022 3:04 PM
**To:** 'jrutter@ralaw.com' <jrutter@ralaw.com>
**Cc:** Jimmy Feuille <jfeu@scotthulse.com>
**Subject:** NSK/Tekmart

Jay –

Thank you for the good call earlier today.  As discussed, we are still trying to get our arms around the issues in this case.  But I wanted to let you know we are going to do our best to get a response to you and your client next week.  My hope is we can have a dialogue to the satisfaction of everyone.

Please feel free to call me if you want to discuss.  Have a great weekend.

Henry

**Henry Becker**

*Attorney*

**Direct:** 915.546.8242 **Main:** 915.533.2493 **Fax:** 915.546.8333

hbec@ScottHulse.com  |  ScottHulse.com

# ScottHulse PC | The Value of Commitment ®

One San Jacinto Plaza

201 E. Main Dr., Ste. 1100, El Paso, TX 79901

**CONFIDENTIALITY NOTICE**

The information contained in this ELECTRONIC MAIL transmission is confidential.  It also may be protected by and subject to the attorney-client privilege or be privileged work product or proprietary information.  This ELECTRONIC MAIL transmission and the information contained in or attached as a file to it are intended for the exclusive use of the addressee(s).  If you are not the addressee (or one of the addressees), you are not an intended recipient; if you are not an intended recipient, you hereby are notified that any use, disclosure, dissemination, distribution  (other than to the addressee(s)), copying or taking of any action because of this information are strictly prohibited.



# ScottHulse PC
## ATTORNEYS AT LAW

**HENRY BECKER**
ADMITTED IN CALIFORNIA, NEW MEXICO, AND TEXAS

WRITER'S DIRECT TELEPHONE:
(915) 546-8242

E-MAIL: hbec@scotthulse.com

SCOTTHULSE.COM

ONE SAN JACINTO PLAZA
201 E. MAIN DR., STE. 1100
EL PASO, TEXAS 79901

POST OFFICE BOX 99123
EL PASO, TEXAS 79999-9123

TELEPHONE (915) 533-2493
FACSIMILE (915) 546-8333

OFFICES IN EL PASO TX, LAS CRUCES NM
AND SAN ANTONIO TX

November 11, 2022

*By Email*
John L. Rutter
Roetzel & Andress, LPA
220 South Main Street
Akron, OH 44308
jrutter@ralaw.com

     Re:     NSK Demand Letters

Dear Mr. Rutter:

My firm has been retained by Tekmart Integrated Manufacturing Services Limited ("TIMS") in connection with demands made in your letters dated October 6, 2022 and October 18, 2022 on behalf of NSK Industries, Inc. ("NSK"). We appreciate the opportunity to respond.

As you know, NSK's demands concern certain components used for the assembly of the Series 300 Toilet for ultimate purchase by Dometic America ("Dometic"). TIMS's contractual and logistical arrangements between Dometic and its directed suppliers, including NSK, represents a complicated web of manufacture. Dometic provides specifications for the components to its directed suppliers and the processes for the assembly of the Series 300 Toilet to TIMS, and furthermore directs TIMS to engage its directed suppliers producing the components. If and when it becomes necessary to review potential issues in the final product, therefore, TIMS must engage in challenging and expensive efforts to identify the cause of any problem at the correct stage of production. Only by first completing this time-consuming process can TIMS pursue corrective actions in consultation with Dometic and relevant directed suppliers, if any.

TIMS has recently been made aware of an issue in the Series 300 Toilet concerning leaking in the final product, and for this reason TIMS is performing a comprehensive evaluation of the design and assembly of the Series 300 Toilet and its component parts. TIMS therefore cannot presently continue the assembly of the product until it has identified the cause.

1247041.1

TIMS understands NSK's position that it wishes to engage TIMS concerning the continued success of their partnership, not least through the purchase of component parts that NSK provides for the Series 300 Toilet.  It is also TIMS's position.  Please take this letter as representation that TIMS is taking every effort to identify a resolution to the leak issue described in this letter as quickly and thoroughly as possible.  As TIMS makes progress in its investigation, it will provide further information to NSK regarding the status of assembly of the Series 300 Toilet, in the hope that the parties can resume their arrangements to the extent possible.  We expect to provide a fulsome update in the coming weeks.

We thank you again for the opportunity to respond to your letters and look forward to an amicable resolution of the issues raised in them.

Sincerely,

/s/ Henry Becker

Henry Becker
For the Firm

cc: Jimmy Feuille

1247041.1

# IN THE COURT OF COMMON PLEAS

## SUMMIT COUNTY, OHIO

NSK INDUSTRIES, INC.,

        Plaintiff,

v.

TEKMART INTEGRATED
MANUFACTURING SERVICES LIMITED,

        Defendant.

Case No.: CV-2022-11-3986

Honorable Tammy O'Brien

**DEFENDANT TEKMART
INTEGRATED MANUFACTURING
SERVICES LIMITED'S
AUTOMATIC LEAVE TO PLEAD**

        The undersigned, on behalf of Defendant Tekmart Integrated Manufacturing Services Limited ("Tekmart"), and pursuant to Local Rule 7.13, exercises Tekmart's right to an automatic 21-day leave to plead until Wednesday, January 18, 2023. This is Defendant Tekmart's first extension in this matter.

December 27, 2022

        */s/ Moriah K. Cheatham Williams*
        John R. Conley (84079)
        Moriah K. Cheatham Williams (98733)
        LEWIS BRISBOIS BISGAARD & SMITH LLP
        1 Gojo Plaza, Suite 310
        Akron, Ohio 44311
        Telephone:  330.272.0000
        Fax:  330.272.0019
        John.Conley@lewisbrisbois.com
        Moriah.CheathamWilliams@lewisbrisbois.com
        *Attorneys for Defendant*

4874-8742-8934.1

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that a true and accurate copy of the foregoing was electronically filed via the Court's E-Filing System and shall be served upon all parties of record pursuant to the Local Rules on this 27th day of December, 2022.

            */s/ Moriah K. Cheatham Williams*
            Moriah K. Cheatham Williams (98733)

4874-8742-8934.1

# IN THE COURT OF COMMON PLEAS

## SUMMIT COUNTY, OHIO

NSK INDUSTRIES, INC.,

              Plaintiff,                      Case No.: CV-2022-11-3986

v.                                        Honorable Tammy O'Brien

TEKMART INTEGRATED                **NOTICE OF APPEARANCE OF**
MANUFACTURING SERVICES LIMITED,     **COUNSEL**

              Defendant.

Now come Attorneys John R. Conley and Moriah K. Cheatham Williams of Lewis Brisbois, Bisgaard, and Smith LLP, and hereby enter their appearance as counsel for Defendant Tekmart Integrated Manufacturing Services Limited, in the above-captioned matter. Please direct all pleadings, notices and correspondence to the undersigned at the address listed below.

December 27, 2022

                                     */s/ Moriah K. Cheatham Williams*
                                     John R. Conley (84079)
                                     Moriah K. Cheatham Williams (98733)
                                     LEWIS BRISBOIS BISGAARD & SMITH LLP
                                     1 Gojo Plaza, Suite 310
                                     Akron, Ohio 44311
                                     Telephone:  330.272.0000
                                     Fax:  330.272.0019
                                     John.Conley@lewisbrisbois.com
                                     Moriah.CheathamWilliams@lewisbrisbois.com
                                     *Attorneys for Defendant*

4854-5089-7734.1

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true and accurate copy of the foregoing was electronically filed via the Court's E-Filing System and shall be served upon all parties of record pursuant to the Local Rules on this 27th day of December, 2022.

                       /s/ *Moriah K. Cheatham Williams*
                       Moriah K. Cheatham Williams (98733)

4854-5089-7734.1