# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| NSK INDUSTRIES, INC., | ) | CASE NO. 5:22-cv-2335 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| TEKMART INTEGRATED MANUFACTURING SERVICES LIMITED, | ) | **MEMORANDUM OPINION AND ORDER** |
| | ) | |
| DEFENDANT. | ) | |
| AND | ) | |
| TEKMART INTEGRATED MANUFACTURING SERVICES LIMITED, | ) | |
| | ) | |
| THIRD-PARTY PLAINTIFF, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOMETIC CORPORATION, | ) | |
| | ) | |
| THIRD-PARTY DEFENDANT. | ) | |

Before the Court is the parties' purported joint stipulation (Doc. No. 31), filed on October 9, 2023, which the Court will construe as a joint motion for an extension of time. The parties request that Third-Party Defendant Dometic Corporation be granted an extension of twenty-one (21) days, or until October 30, 2023, to file its answer or otherwise respond to the Third-Party Complaint filed in this matter.

The Court hereby GRANTS the parties' motion for an extension of time.

**IT IS SO ORDERED**.

Dated: October 17, 2023

                                                      **HONORABLE SARA LIOI**
                                                      **CHIEF JUDGE**
                                                      **UNITED STATES DISTRICT COURT**